**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Christopher J. Clark, Esq.
Email: Christopher.Clark2@lw.com
*Attorneys for Creditor RKA Film Financing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>RELATIVITY FASHION, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 15-11989 (MEW) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case on behalf of Creditor RKA Film Financing, LLC, and, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, hereby requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the person listed below at the following addresses, telephone and facsimile numbers:

                Christopher J. Clark, Esq.
                Latham & Watkins LLP
                885 Third Avenue
                New York, New York 10022
                Telephone: (212) 906-1200
                Facsimile: (212) 751-4864
                Email: Christopher.Clark2@lw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

PLEASE TAKE FURTHER NOTICE that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the Southern District of New York or a waiver of any substantive or procedural rights of Creditor RKA Film Financing, LLC, including: (1) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of New York (the "District Court"); (2) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Creditor RKA Film Financing, LLC may be entitled under agreements in law, in equity, or otherwise, including to have disputes resolved by arbitration, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 30, 2015
      New York, New York

**LATHAM & WATKINS LLP**

By: /s/ *Christopher J. Clark*
 Christopher J. Clark
 885 Third Avenue
 New York, New York 10022
 Telephone: (212) 906-1200
 Facsimile: (212) 751-4864
 Email: Christopher.Clark2@lw.com

 *Attorneys for Creditor RKA Film Financing, LLC*