FAEGRE BAKER DANIELS LLP
George R. Mesires
311 S. Wacker Drive
Suite 4400
Chicago, IL 60606
Telephone: (312) 212-6500
Facsimile: (312) 212-6501
Email:  George.Mesires@FaegreBD.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| Relativity Fashion, LLC, | ) Chapter 11 |
| | ) |
| Debtor | ) Case No. 15-11989 (MEW) |
| | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that George R. Mesires of Faegre Baker Daniels LLP hereby appears as counsel in the above-captioned proceeding on behalf of: (i) Technicolor, Inc.; (ii) Technicolor Digital Cinema; (iii) Technicolor Entertainment Services; and (iv) Technicolor Creative Service USA, Inc. (collectively, the "Technicolor Entities").

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, the undersigned hereby requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the person listed below at the following addresses, telephone, and facsimile numbers:

George R. Mesires
311 S. Wacker Drive
Suite 4400
Chicago, IL 60606
Telephone: (312) 212-6500
Facsimile: (312) 212-6501
Email:  george.mesires@FaegreBD.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

PLEASE TAKE FURTHER NOTICE that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the Southern District of New York or a waiver of any substantive or procedural rights of the Technicolor Entities, including: (1) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of New York (the "District Court"); (2) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Technicolor Entities may be entitled under agreements in law, in equity, or otherwise, including to have disputes resolved by arbitration, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  July 31, 2015

FAEGRE BAKER DANIELS LLP

 /e/  George R. Mesires
George R. Mesires
311 Wacker Drive
Suite 4400
Chicago, Illinois 60606
Telephone: (312) 212-6500
Facsimile:  (312) 212-6501
George.Mesires@FaegreBD.com

*Attorneys for Technicolor, Inc., Technicolor Digital Cinema, Technicolor Entertainment Services, and Technicolor Creative Service USA, Inc.*

US.76056592.01