David R. Hock
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York  10036
(212) 563-4100 (telephone)
(646) 473-8220 (facsimile)
dhock@cwsny.com

Joseph A. Kohanski
David E. Ahdoot
BUSH GOTTLIEB
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  90103
(818) 973-3200 (telephone)
(818) 973-3201 (facsimile)
jkohanski@bushgottlieb.com

*Attorneys for the Directors Guild of America, Inc., Screen Actors Guild – American Federation of Television and Radio Artists, Writers Guild of America, West, Inc., Directors Guild of America, Inc.-Producer Pension and Health Plans, Screen Actors Guild-Producers Pension & Health Plans, Writers Guild Pension Plan and Industry Health Fund, and the Motion Picture Industry Pension and Health Plans*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re:                                                              :
                                                                    :    Chapter 11
RELATIVITY FASHION, LLC, *et al.*,                                  :
                                                                    :    Case No. 15-11989 (MEW)
                    Debtors.                                        :    Joint Administration Pending
                                                                    :
------------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010(b) of the

Rules of Bankruptcy Procedure, and 11 U.S.C. §102(1) and §1109(b), the undersigned attorneys

appear for the Directors Guild of America, Inc., Screen Actors Guild – American Federation of

00473812.1

Radio and Television Artists, Writers Guild of America, West, Inc., Directors Guild of America, Inc.-Producer Pension and Health Plans, Screen Actors Guild-Producers Pension & Health Plans, Writers Guild Pension Plan and Industry Health Fund, and the Motion Picture Industry Pension and Health Plans (together, the "Union Entities"), creditors and parties in interest in this proceeding, and request that all notice given or required to be given in this action and all related actions, be given and served upon the following:

> David R. Hock
> COHEN, WEISS and SIMON LLP
> 330 West 42nd Street
> New York, New York 10036
> (212) 563-4100 (telephone)
> (646) 473-8220 (facsimile)
> bsimon@cwsny.com
> tciantra@cwsny.com
> dhock@cwsny.com
>
> Joseph A. Kohanski
> David E. Ahdoot
> BUSH GOTTLIEB
> A Law Corporation
> 500 North Central Avenue, Suite 800
> Glendale, California 90103
> (818) 973-3200 (telephone)
> (818) 973-3201 (facsimile)
> jkohanski@bushgottlieb.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading claim, or suit shall waive the above-named parties' right to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: July 31, 2015

/s/ David R. Hock
David R. Hock
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100 (telephone)
(646) 473-8220 (facsimile)
dhock@cwsny.com

Joseph A. Kohanski
David Ahdoot
BUSH GOTTLIEB
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 90103
(818) 973-3200 (telephone)
(818) 973-3201 (facsimile)
jkohanski@bushgottlieb.com

*Attorneys for the Union Entities*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2015, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Notice to be served through the Court's electronic notification system.

                                                                /s/ David R. Hock
                                                                David R. Hock