**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY FASHION, LLC, | Case No. 15-11989 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-3954571 | |
| In re: | Chapter 11 |
| RELATIVITY HOLDINGS LLC, | Case No. 15-11991 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 26-3867052 | |
| In re: | Chapter 11 |
| RELATIVITY MEDIA, LLC, | Case No. 15-11990 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 25-1910844 | |
| In re: | Chapter 11 |
| RELATIVITY REAL, LLC, | Case No. 15-11992 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 26-2931653 | |
| In re: | Chapter 11 |
| RML DISTRIBUTION DOMESTIC, LLC, | Case No. 15-11993 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 27-3506528 | |

| | |
|---|---|
| In re:<br><br>RML DISTRIBUTION INTERNATIONAL, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 27-3506749 | Chapter 11<br><br>Case No. 15-11994 (MEW) |
| In re:<br><br>RMLDD FINANCING, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 61-1689114 | Chapter 11<br><br>Case No. 15-11995 (MEW) |
| In re:<br><br>21 & OVER PRODUCTIONS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 27-2717796 | Chapter 11<br><br>Case No. 15-11997 (MEW) |
| In re:<br><br>3 DAYS TO KILL PRODUCTIONS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 45-5455747 | Chapter 11<br><br>Case No. 15-11999 (MEW) |
| In re:<br><br>A PERFECT GETAWAY P.R., LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 80-0149252 | Chapter 11<br><br>Case No. 15-12000 (MEW) |

| | |
|---|---|
| In re:<br><br>A PERFECT GETAWAY, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 33-1193939 | Chapter 11<br><br>Case No. 15-12001 (MEW) |
| In re:<br><br>ARMORED CAR PRODUCTIONS, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 46-1492750 | Chapter 11<br><br>Case No. 15-12003 (MEW) |
| In re:<br><br>BEST OF ME PRODUCTIONS, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 46-3731490 | Chapter 11<br><br>Case No. 15-12004 (MEW) |
| In re:<br><br>BLACK OR WHITE FILMS, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 47-2086718 | Chapter 11<br><br>Case No. 15-12006 (MEW) |
| In re:<br><br>BLACKBIRD PRODUCTIONS, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 80-0908037 | Chapter 11<br><br>Case No. 15-12008 (MEW) |

| | |
|---|---|
| In re:<br><br>BRANT POINT PRODUCTIONS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 80-0449994 | Chapter 11<br><br>Case No. 15-12010 (MEW) |
| In re:<br><br>BRICK MANSIONS ACQUISITIONS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 46-2403910 | Chapter 11<br><br>Case No. 15-12011 (MEW) |
| In re:<br><br>BRILLIANT FILMS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 26-2620448 | Chapter 11<br><br>Case No. 15-12013 (MEW) |
| In re:<br><br>BROTHERS PRODUCTIONS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 35-2309930 | Chapter 11<br><br>Case No. 15-12015 (MEW) |
| In re:<br><br>BROTHERS SERVICING, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 38-3765849 | Chapter 11<br><br>Case No. 15-12016 (MEW) |

| | |
|---|---|
| In re:<br><br>CATFISH PRODUCTIONS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 27-2717728 | Chapter 11<br><br>Case No. 15-12018 (MEW) |
| In re:<br><br>CINE PRODUCTIONS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 27-3008359 | Chapter 11<br><br>Case No. 15-12021 (MEW) |
| In re:<br><br>CINEPOST, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 26-4218440 | Chapter 11<br><br>Case No. 15-12023 (MEW) |
| In re:<br><br>CISCO BEACH MEDIA, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 80-0888621 | Chapter 11<br><br>Case No. 15-12025 (MEW) |
| In re:<br><br>CLIFF ROAD MEDIA, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 47-3227065 | Chapter 11<br><br>Case No. 15-12027 (MEW) |

| | |
|---|---|
| In re:<br><br>DEN OF THIEVES FILMS, LLC,<br><br>          Debtor.<br><br>Fed. Tax Id. No. 90-0403046 | Chapter 11<br><br>Case No. 15-12029 (MEW) |
| In re:<br><br>DON JON ACQUISITIONS, LLC,<br><br>          Debtor.<br><br>Fed. Tax Id. No. 46-1887951 | Chapter 11<br><br>Case No. 15-12030 (MEW) |
| In re:<br><br>DR PRODUCTIONS, LLC,<br><br>          Debtor.<br><br>Fed. Tax Id. No. 46-5767803 | Chapter 11<br><br>Case No. 15-12032 (MEW) |
| In re:<br><br>EINSTEIN RENTALS, LLC,<br><br>          Debtor.<br><br>Fed. Tax Id. No. 30-0545861 | Chapter 11<br><br>Case No. 15-12034 (MEW) |
| In re:<br><br>ENGLISH BREAKFAST MEDIA, LLC,<br><br>          Debtor.<br><br>Fed. Tax Id. No. 27-2972240 | Chapter 11<br><br>Case No. 15-12035 (MEW) |

| | |
|---|---|
| In re:<br><br>FURNACE FILMS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 45-2563558 | Chapter 11<br><br>Case No. 15-12037 (MEW) |
| In re:<br><br>GOTTI ACQUISITIONS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 46-2486562 | Chapter 11<br><br>Case No. 15-12040 (MEW) |
| In re:<br><br>GREAT POINT PRODUCTIONS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 36-4755813 | Chapter 11<br><br>Case No. 15-12042 (MEW) |
| In re:<br><br>GUIDO CONTINI FILMS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 26-2861031 | Chapter 11<br><br>Case No. 15-12044 (MEW) |
| In re:<br><br>HOOPER FARM MUSIC, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 37-1783773 | Chapter 11<br><br>Case No. 15-12046 (MEW) |

| | |
|---|---|
| In re: | Chapter 11 |
| HOOPER FARM PUBLISHING, LLC, | Case No. 15-12048 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 37-1783762 | |
| In re: | Chapter 11 |
| HUMMOCK POND PROPERTIES, LLC, | Case No. 15-12049 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-3629862 | |
| In re: | Chapter 11 |
| HUNTER KILLER LA PRODUCTIONS, LLC, | Case No. 15-12051 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-3241939 | |
| In re: | Chapter 11 |
| HUNTER KILLER PRODUCTIONS, LLC, | Case No. 15-12053 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 45-3803130 | |
| In re: | Chapter 11 |
| IN THE HAT PRODUCTIONS, LLC, | Case No. 15-12055 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-2593140 | |

| | |
|---|---|
| In re:<br><br>J & J PROJECT, LLC,<br><br>          Debtor.<br><br>Fed. Tax Id. No. 54-2191832 | Chapter 11<br><br>Case No. 15-12133 (MEW) |
| In re:<br><br>JGAG ACQUISITIONS, LLC,<br><br>          Debtor.<br><br>Fed. Tax Id. No. 46-2819221 | Chapter 11<br><br>Case No. 15-12058 (MEW) |
| In re:<br><br>LEFT BEHIND ACQUISITIONS, LLC,<br><br>          Debtor.<br><br>Fed. Tax Id. No. 46-2761367 | Chapter 11<br><br>Case No. 15-12063 (MEW) |
| In re:<br><br>LONG POND MEDIA, LLC,<br><br>          Debtor.<br><br>Fed. Tax Id. No. 80-0357197 | Chapter 11<br><br>Case No. 15-12065 (MEW) |
| In re:<br><br>MADAKET PUBLISHING, LLC,<br><br>          Debtor.<br><br>Fed. Tax Id. No. 80-0459356 | Chapter 11<br><br>Case No. 15-12067 (MEW) |

| | |
|---|---|
| In re: | Chapter 11 |
| MADAKET ROAD MUSIC, LLC, | Case No. 15-12070 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 80-0459352 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MADVINE RM, LLC, | Case No. 15-12073 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-3940646 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MALAVITA PRODUCTIONS, LLC, | Case No. 15-12076 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 45-5458636 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MB PRODUCTIONS, LLC, | Case No. 15-12078 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-1214477 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MERCHANT OF SHANGHAI PRODUCTIONS, LLC, | Case No. 15-12080 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-3727002 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MIACOMET MEDIA LLC, | Case No. 15-12082 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 80-0867371 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MIRACLE SHOT PRODUCTIONS, LLC, | Case No. 15-12084 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-5650015 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MOST WONDERFUL TIME PRODUCTIONS, LLC, | Case No. 15-12086 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-0830426 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MOVIE PRODUCTIONS, LLC, | Case No. 15-12088 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 01-0939860 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ONE LIFE ACQUISITIONS, LLC, | Case No. 15-12090 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 45-5249061 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ORANGE STREET MEDIA, LLC, | Case No. 15-12050 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 61-1673089 | |

| | |
|---|---|
| In re: | Chapter 11 |
| OUT OF THIS WORLD PRODUCTIONS, LLC, | Case No. 15-12054 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-0982322 | |

| | |
|---|---|
| In re: | Chapter 11 |
| PARANOIA ACQUISITIONS, LLC, | Case No. 15-12057 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 45-5248747 | |

| | |
|---|---|
| In re: | Chapter 11 |
| PHANTOM ACQUISITIONS, LLC, | Case No. 15-12060 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-2766381 | |

| | |
|---|---|
| In re: | Chapter 11 |
| POCOMO PRODUCTIONS, LLC, | Case No. 15-12061 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 80-0951069 | |

| | |
|---|---|
| In re:<br><br>RELATIVE MOTION MUSIC, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 90-0488016 | Chapter 11<br><br>Case No. 15-12064 (MEW) |
| In re:<br><br>RELATIVE VELOCITY MUSIC, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 80-0357169 | Chapter 11<br><br>Case No. 15-12066 (MEW) |
| In re:<br><br>RELATIVITY DEVELOPMENT, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 26-3215296 | Chapter 11<br><br>Case No. 15-12069 (MEW) |
| In re:<br><br>RELATIVITY FILM FINANCE II, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 45-3709082 | Chapter 11<br><br>Case No. 15-12071 (MEW) |
| In re:<br><br>RELATIVITY FILM FINANCE III, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 45-5298893 | Chapter 11<br><br>Case No. 15-12075 (MEW) |

| | |
|---|---|
| In re:<br><br>RELATIVITY FILM FINANCE, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 26-3052127 | Chapter 11<br><br>Case No. 15-12136 (MEW) |
| In re:<br><br>RELATIVITY FILMS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 36-4615464 | Chapter 11<br><br>Case No. 15-12072 (MEW) |
| In re:<br><br>RELATIVITY FOREIGN, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 46-1178993 | Chapter 11<br><br>Case No. 15-12077 (MEW) |
| In re:<br><br>RELATIVITY INDIA HOLDINGS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 47-0988921 | Chapter 11<br><br>Case No. 15-12101 (MEW) |
| In re:<br><br>RELATIVITY JACKSON, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 26-3766116 | Chapter 11<br><br>Case No. 15-12105 (MEW) |

| | |
|---|---|
| In re:<br><br>RELATIVITY MEDIA DISTRIBUTION, LLC,<br><br> Debtor. <br>Fed. Tax Id. No. 26-2620264 | Chapter 11<br><br>Case No. 15-12110 (MEW) |
| In re:<br><br>RELATIVITY MEDIA FILMS, LLC,<br><br> Debtor. <br>Fed. Tax Id. No. 26-4061574 | Chapter 11<br><br>Case No. 15-12116 (MEW) |
| In re:<br><br>RELATIVITY MUSIC GROUP, LLC,<br><br> Debtor. <br>Fed. Tax Id. No. 45-2489540 | Chapter 11<br><br>Case No. 15-12127 (MEW) |
| In re:<br><br>RELATIVITY PRODUCTION LLC,<br><br> Debtor. <br>Fed. Tax Id. No. 20-8217891 | Chapter 11<br><br>Case No. 15-12128 (MEW) |
| In re:<br><br>RELATIVITY ROGUE, LLC,<br><br> Debtor. <br>Fed. Tax Id. No. 26-3873333 | Chapter 11<br><br>Case No. 15-12130 (MEW) |

| | |
|---|---|
| In re:<br><br>RELATIVITY SENATOR, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 45-4049044 | Chapter 11<br><br>Case No. 15-12132 (MEW) |
| In re:<br><br>RELATIVITY SKY LAND ASIA HOLDINGS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 45-5099582 | Chapter 11<br><br>Case No. 15-12002 (MEW) |
| In re:<br><br>RELATIVITY TV, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 46-3420227 | Chapter 11<br><br>Case No. 15-12005 (MEW) |
| In re:<br><br>REVELER PRODUCTIONS, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 47-3092191 | Chapter 11<br><br>Case No. 15-12007 (MEW) |
| In re:<br><br>RML ACQUISITIONS I, LLC,<br><br>Debtor.<br><br>Fed. Tax Id. No. 45-1349406 | Chapter 11<br><br>Case No. 15-12009 (MEW) |

| | |
|---|---|
| In re: | Chapter 11 |
| RML ACQUISITIONS II, LLC, | Case No. 15-12012 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 45-1539810 | |
| In re: | Chapter 11 |
| RML ACQUISITIONS III, LLC, | Case No. 15-12014 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 45-2749116 | |
| In re: | Chapter 11 |
| RML ACQUISITIONS IV, LLC, | Case No. 15-12017 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 45-2994997 | |
| In re: | Chapter 11 |
| RML ACQUISITIONS V, LLC, | Case No. 15-12020 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 45-5619532 | |
| In re: | Chapter 11 |
| RML ACQUISITIONS VI, LLC, | Case No. 15-12022 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-1269640 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RML ACQUISITIONS VII, LLC, | Case No. 15-12024 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-1407747 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RML ACQUISITIONS VIII, LLC, | Case No. 15-12026 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-1687459 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RML ACQUISITIONS IX, LLC, | Case No. 15-12019 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-5114410 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RML ACQUISITIONS X, LLC, | Case No. 15-12028 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-1401009 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RML ACQUISITIONS XI, LLC, | Case No. 15-12031 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-1622651 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RML ACQUISITIONS XII, LLC, | Case No. 15-12033 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-2104226 | |
| In re: | Chapter 11 |
| RML ACQUISITIONS XIII, LLC, | Case No. 15-12036 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-2279614 | |
| In re: | Chapter 11 |
| RML ACQUISITIONS XIV, LLC, | Case No. 15-12038 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-2291910 | |
| In re: | Chapter 11 |
| RML ACQUISITIONS XV, LLC, | Case No. 15-12039 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-3105518 | |
| In re: | Chapter 11 |
| RML BRONZE FILMS, LLC, | Case No. 15-12041 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-2938636 | |

| | |
|---|---|
| In re:<br><br>RML DAMASCUS FILMS, LLC,<br><br>         Debtor.<br><br>Fed. Tax Id. No. 46-4236024 | Chapter 11<br><br>Case No. 15-12043 (MEW) |
| In re:<br><br>RML DESERT FILMS, LLC,<br><br>         Debtor.<br><br>Fed. Tax Id. No. 46-5024564 | Chapter 11<br><br>Case No. 15-12045 (MEW) |
| In re:<br><br>RML DOCUMENTARIES, LLC,<br><br>         Debtor.<br><br>Fed. Tax Id. No. 46-3687991 | Chapter 11<br><br>Case No. 15-12047 (MEW) |
| In re:<br><br>RML DR FILMS, LLC,<br><br>         Debtor.<br><br>Fed. Tax Id. No. 46-4080022 | Chapter 11<br><br>Case No. 15-12052 (MEW) |
| In re:<br><br>RML ECHO FILMS, LLC,<br><br>         Debtor.<br><br>Fed. Tax Id. No. 46-3144656 | Chapter 11<br><br>Case No. 15-12056 (MEW) |

| | |
|---|---|
| In re: | Chapter 11 |
| RML ESCOBAR FILMS LLC, | Case No. 15-12059 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-3930123 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RML FILM DEVELOPMENT, LLC, | Case No. 15-12062 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 27-2473567 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RML FILMS PR, LLC, | Case No. 15-12068 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 68-0681662 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RML HECTOR FILMS, LLC, | Case No. 15-12074 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-5066054 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RML HILLSONG FILMS, LLC, | Case No. 15-12079 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-3083539 | |

| | |
|---|---|
| In re:<br><br>RML IFWT FILMS, LLC,<br><br>         Debtor.<br><br>Fed. Tax Id. No. 47-3411255 | Chapter 11<br><br>Case No. 15-12081 (MEW) |
| In re:<br><br>RML INTERNATIONAL ASSETS, LLC,<br><br>         Debtor.<br><br>Fed. Tax Id. No. 27-4661910 | Chapter 11<br><br>Case No. 15-12087 (MEW) |
| In re:<br><br>RML JACKSON, LLC,<br><br>         Debtor.<br><br>Fed. Tax Id. No. 37-1581081 | Chapter 11<br><br>Case No. 15-12094 (MEW) |
| In re:<br><br>RML KIDNAP FILMS, LLC,<br><br>         Debtor.<br><br>Fed. Tax Id. No. 47-1792708 | Chapter 11<br><br>Case No. 15-12098 (MEW) |
| In re:<br><br>RML LAZARUS FILMS, LLC,<br><br>         Debtor.<br><br>Fed. Tax Id. No. 47-2190107 | Chapter 11<br><br>Case No. 15-12102 (MEW) |

| | |
|---|---|
| In re:<br><br>RML NINA FILMS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 47-2430495 | Chapter 11<br><br>Case No. 15-12107 (MEW) |
| In re:<br><br>RML NOVEMBER FILMS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 46-5079701 | Chapter 11<br><br>Case No. 15-12113 (MEW) |
| In re:<br><br>RML OCULUS FILMS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 46-3682596 | Chapter 11<br><br>Case No. 15-12119 (MEW) |
| In re:<br><br>RML OUR FATHER FILMS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 47-3006485 | Chapter 11<br><br>Case No. 15-12123 (MEW) |
| In re:<br><br>RML ROMEO AND JULIET FILMS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 46-2869509 | Chapter 11<br><br>Case No. 15-12125 (MEW) |

| | |
|---|---|
| In re:<br><br>RML SCRIPTURE FILMS, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 47-2097845 | Chapter 11<br><br>Case No. 15-12129 (MEW) |
| In re:<br><br>RML SOLACE FILMS, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 47-2455125 | Chapter 11<br><br>Case No. 15-12131 (MEW) |
| In re:<br><br>RML SOMNIA FILMS, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 46-5127195 | Chapter 11<br><br>Case No. 15-12083 (MEW) |
| In re:<br><br>RML TIMELESS PRODUCTIONS, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 45-4541996 | Chapter 11<br><br>Case No. 15-12085 (MEW) |
| In re:<br><br>RML TURKEYS FILMS, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 45-5248898 | Chapter 11<br><br>Case No. 15-12089 (MEW) |

| | |
|---|---|
| In re:<br><br>RML VERY GOOD GIRLS FILMS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 46-2873685 | Chapter 11<br><br>Case No. 15-12091 (MEW) |
| In re:<br><br>RML WIB FILMS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 47-1780102 | Chapter 11<br><br>Case No. 15-12092 (MEW) |
| In re:<br><br>ROGUE DIGITAL, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 35-2375578 | Chapter 11<br><br>Case No. 15-12093 (MEW) |
| In re:<br><br>ROGUE GAMES, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 45-3744812 | Chapter 11<br><br>Case No. 15-12095 (MEW) |
| In re:<br><br>ROGUELIFE LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 27-1733442 | Chapter 11<br><br>Case No. 15-12096 (MEW) |

| | |
|---|---|
| In re:<br><br>SAFE HAVEN PRODUCTIONS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 45-3326550 | Chapter 11<br><br>Case No. 15-12099 (MEW) |
| In re:<br><br>SANCTUM FILMS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 27-3377736 | Chapter 11<br><br>Case No. 15-12103 (MEW) |
| In re:<br><br>SANTA CLAUS PRODUCTIONS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 46-2227398 | Chapter 11<br><br>Case No. 15-12097 (MEW) |
| In re:<br><br>SMITH POINT PRODUCTIONS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 32-0419118 | Chapter 11<br><br>Case No. 15-12100 (MEW) |
| In re:<br><br>SNOW WHITE PRODUCTIONS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 27-3833175 | Chapter 11<br><br>Case No. 15-12104 (MEW) |

| | |
|---|---|
| In re:<br><br>SPY NEXT DOOR, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 90-0403043 | Chapter 11<br><br>Case No. 15-12106 (MEW) |
| In re:<br><br>STORY DEVELOPMENT, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 46-0660677 | Chapter 11<br><br>Case No. 15-12109 (MEW) |
| In re:<br><br>STRAIGHT WHARF PRODUCTIONS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 30-0545858 | Chapter 11<br><br>Case No. 15-12112 (MEW) |
| In re:<br><br>STRANGERS II, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 30-0566152 | Chapter 11<br><br>Case No. 15-12114 (MEW) |
| In re:<br><br>STRETCH ARMSTRONG PRODUCTIONS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 46-0780213 | Chapter 11<br><br>Case No. 15-12117 (MEW) |

| | |
|---|---|
| In re:<br><br>STUDIO MERCHANDISE, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 46-5235738 | Chapter 11<br><br>Case No. 15-12120 (MEW) |
| In re:<br><br>SUMMER FOREVER PRODUCTIONS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 47-2719211 | Chapter 11<br><br>Case No. 15-12122 (MEW) |
| In re:<br><br>THE CROW PRODUCTIONS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 45-3326707 | Chapter 11<br><br>Case No. 15-12124 (MEW) |
| In re:<br><br>TOTALLY INTERNS, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 46-2499980 | Chapter 11<br><br>Case No. 15-12126 (MEW) |
| In re:<br><br>TRIBES OF PALOS VERDES PRODUCTION, LLC,<br><br>        Debtor.<br><br>Fed. Tax Id. No. 46-5656638 | Chapter 11<br><br>Case No. 15-12108 (MEW) |

| | |
|---|---|
| In re:<br><br>TUCKERNUCK MUSIC, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 36-4758713 | Chapter 11<br><br>Case No. 15-12111 (MEW) |
| In re:<br><br>TUCKERNUCK PUBLISHING, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 80-0913960 | Chapter 11<br><br>Case No. 15-12115 (MEW) |
| In re:<br><br>WRIGHT GIRLS FILMS, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 45-5059639 | Chapter 11<br><br>Case No. 15-12118 (MEW) |
| In re:<br><br>YUMA, INC.,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 42-1711669 | Chapter 11<br><br>Case No. 15-12134 (MEW) |
| In re:<br><br>ZERO POINT ENTERPRISES, LLC,<br><br>       Debtor.<br><br>Fed. Tax Id. No. 46-4549558 | Chapter 11<br><br>Case No. 15-12121 (MEW) |

**ORDER AUTHORIZING THE JOINT ADMINISTRATION
OF THE DEBTORS' RELATED CHAPTER 11 CASES**

Upon the motion (the "**Motion**")[1] of Relativity Fashion, LLC ("**Relativity Fashion**") and its affiliated debtors and debtors in possession in these chapter 11 cases (collectively, the "**Debtors**"), for an order authorizing the joint administration of these related chapter 11 cases; and upon consideration of the First Day Declaration; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 15-11989 (MEW).

3.      The consolidated caption of the jointly administered cases should read as follows:

---

[1] All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY FASHION, LLC, *et al.*,[1] | Case No. 15-11989 (MEW) |
| Debtors. | (Jointly Administered) |

4.      An entry shall be made on the docket of each of the Debtor's chapter 11 cases,

other than that of Relativity Fashion, that is substantially similar to the following:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of:  Relativity Fashion, LLC; Relativity Holdings LLC; Relativity Media, LLC; Relativity REAL, LLC; RML Distribution Domestic, LLC; RML Distribution International, LLC; RMLDD Financing, LLC; 21 & Over Productions, LLC; 3 Days to Kill Productions, LLC; A Perfect Getaway P.R., LLC; A Perfect Getaway, LLC; Armored Car Productions, LLC; Best of Me Productions, LLC; Black Or White Films, LLC; Blackbird Productions, LLC; Brant Point Productions, LLC; Brick Mansions Acquisitions, LLC; Brilliant Films, LLC; Brothers Productions, LLC; Brothers Servicing, LLC; Catfish Productions, LLC; Cine Productions, LLC; CinePost, LLC; Cisco Beach Media, LLC; Cliff Road Media, LLC; Den of Thieves Films, LLC; Don Jon Acquisitions, LLC; DR Productions, LLC; Einstein Rentals, LLC; English Breakfast Media, LLC; Furnace Films, LLC; Gotti Acquisitions, LLC; Great Point Productions, LLC; Guido Contini Films, LLC; Hooper Farm Music, LLC; Hooper Farm Publishing, LLC; Hummock Pond Properties, LLC; Hunter Killer La Productions, LLC; Hunter Killer Productions, LLC; In The Hat Productions, LLC; J & J Project, LLC; JGAG Acquisitions, LLC; Left Behind Acquisitions, LLC; Long Pond Media, LLC; Madaket Publishing, LLC; Madaket Road Music, LLC; Madvine RM, LLC; Malavita Productions, LLC; MB Productions, LLC; Merchant of Shanghai Productions, LLC; Miacomet Media LLC; Miracle Shot Productions, LLC; Most Wonderful Time Productions, LLC; Movie Productions, LLC; One Life Acquisitions, LLC; Orange Street Media, LLC; Out Of This World Productions, LLC; Paranoia Acquisitions, LLC; Phantom Acquisitions, LLC; Pocomo Productions, LLC; Relative Motion Music, LLC; Relative Velocity Music, LLC; Relativity Development, LLC; Relativity Film Finance II, LLC; Relativity Film Finance III, LLC; Relativity Film Finance, LLC; Relativity Films, LLC; Relativity Foreign, LLC; Relativity India Holdings, LLC; Relativity Jackson, LLC; Relativity Media Distribution, LLC; Relativity Media Films, LLC;

---

[1] The Debtors in these chapter 11 cases are as set forth on page (i)

Relativity Music Group, LLC; Relativity Production LLC; Relativity Rogue, LLC; Relativity Senator, LLC; Relativity Sky Land Asia Holdings, LLC; Relativity TV, LLC; Reveler Productions, LLC; RML Acquisitions I, LLC; RML Acquisitions II, LLC; RML Acquisitions III, LLC; RML Acquisitions IV, LLC; RML Acquisitions IX, LLC; RML Acquisitions V, LLC; RML Acquisitions VI, LLC; RML Acquisitions VII, LLC; RML Acquisitions VIII, LLC; RML Acquisitions X, LLC; RML Acquisitions XI, LLC; RML Acquisitions XII, LLC; RML Acquisitions XIII, LLC; RML Acquisitions XIV, LLC; RML Acquisitions XV, LLC; RML Bronze Films, LLC; RML Damascus Films, LLC; RML Desert Films, LLC; RML Documentaries, LLC; RML DR Films, LLC; RML Echo Films, LLC; RML Escobar Films LLC; RML Film Development, LLC; RML Films PR, LLC; RML Hector Films, LLC; RML Hillsong Films, LLC; RML IFWT Films, LLC; RML International Assets, LLC; RML Jackson, LLC; RML Kidnap Films, LLC; RML Lazarus Films, LLC; RML Nina Films, LLC; RML November Films, LLC; RML Oculus Films, LLC; RML Our Father Films, LLC; RML Romeo and Juliet Films, LLC; RML Scripture Films, LLC; RML Solace Films, LLC; RML Somnia Films, LLC; RML Timeless Productions, LLC; RML Turkeys Films, LLC; RML Very Good Girls Films, LLC; RML WIB Films, LLC; Rogue Digital, LLC; Rogue Games, LLC; Roguelife LLC; Safe Haven Productions, LLC; Sanctum Films, LLC; Santa Claus Productions, LLC; Smith Point Productions, LLC; Snow White Productions, LLC; Spy Next Door, LLC; Story Development, LLC; Straight Wharf Productions, LLC; Strangers II, LLC; Stretch Armstrong Productions, LLC; Studio Merchandise, LLC; Summer Forever Productions, LLC; The Crow Productions, LLC; Totally Interns, LLC; Tribes of Palos Verdes Production, LLC; Tuckernuck Music, LLC; Tuckernuck Publishing, LLC; Wright Girls Films, LLC; Yuma, Inc.; Zero Point Enterprises, LLC; and all further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 15-11989 (MEW).

5.     One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the Southern District of New York with the assistance of the notice and claims agent to be retained by the Debtors in these chapter 11 cases.

6.     Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of these chapter 11 cases.

7.     The requirements set forth in Local Rule 9013-1(b) are satisfied.

8.     The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation and/or enforcement of this Order.

Dated: New York, New York
        July 31, 2015

                                        /s/ **Michael E. Wiles**
                                        UNITED STATES BANKRUPTCY JUDGE