James S. Carr, Esq.
Eric R. Wilson, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Tel:  212-808-7800
Fax:  212-808-7897
Email: jcarr@kelleydrye.com
       ewilson@kelleydrye.com

*Attorneys for Cinedigm Corp.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

————————————————————————

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RELATIVITY FASHION, LLC, <u>et al</u>., ) | Case No. 15-11989 (MEW) |
| ) | (Joint Administration Pending) |
| Debtors. ) | |

————————————————————————

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**<u>AND REQUEST TO BE ADDED TO MASTER SERVICE LIST</u>**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on

behalf of Cinedigm Corp. ("<u>Cinedigm</u>"), a creditor, and pursuant to Rules 2002 and 9010(b) of

the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand

that all notices given or required to be given and all papers served in this case be delivered to and

served upon the parties identified below at the following address and further request to be added

to the Master Service List:

    James S. Carr, Esq.
    Eric R. Wilson, Esq.
    Kelley Drye & Warren LLP
    101 Park Avenue
    New York, New York  10178
    Tel:  212-808-7800
    Fax:  212-808-7897
    E-mail:  KDWBankruptcyDepartment@kelleydrye.com
           jcarr@kelleydrye.com
           ewilson@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Cinedigm's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Cinedigm is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
          July 31, 2015

KELLEY DRYE & WARREN LLP

By: */s/ James S. Carr*
        James S. Carr, Esq.
        Eric R. Wilson, Esq.
        101 Park Avenue
        New York, New York 10178
        Tel: 212-808-7800
        Fax: 212-808-7897

*Attorneys For Cinedigm Corp.*