**BUCHALTER NEMER**
A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Pamela K. Webster, Esq.
Email: pwebster@buchalter.com
Attorneys for Sony Pictures Worldwide Acquisitions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>RELATIVITY FASHION, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 15-11989 (MEW) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case on behalf of Sony Pictures Worldwide Acquisitions, Inc. and, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, hereby requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the person listed below at the following addresses, telephone and facsimile numbers:

        Pamela K. Webster, Esq.
        **BUCHALTER NEMER**
        A Professional Corporation
        1000 Wilshire Blvd., Suite 1500
        Los Angeles, CA 90017
        Telephone: (213) 891-0700
        Facsimile: (213) 896-0400
        Pamela K. Webster, Esq.
        Email: pwebster@buchalter.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

PLEASE TAKE FURTHER NOTICE that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the Southern District of New York or a waiver of any substantive or procedural rights of Sony Pictures Worldwide Acquisitions, Inc., including:  (1) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of New York (the "District Court"); (2) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Sony Pictures Worldwide Acquisitions, Inc. may be entitled under agreements in law, in equity, or otherwise, including to have disputes resolved by arbitration, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  July 30, 2015  
Los Angeles, California

BUCHALTER NEMER  
A Professional Corporation

By:  /s/ Pamela K. Webster  
    Pamela K. Webster  
    1000 Wilshire Blvd., Suite 1500  
    Los Angeles, CA 90017  
    Telephone: (213) 891-0700  
    Facsimile: (213) 896-0400  
    Pamela K. Webster, Esq.  
    Email: pwebster@buchalter.com

*Attorneys for Sony Pictures Worldwide Acquisitions, Inc.*