MORGAN, LEWIS & BOCKIUS LLP
Glenn E. Siegel
101 Park Avenue
New York, NY 10178-0600
Telephone:    (212) 309-6780
Facsimile:    (212) 309-6001

- and -

Julia Frost-Davies
Amelia Clark Joiner
One Federal Street
Boston, MA 02110-1726
Telephone:    (617) 951-8000
Facsimile:    (617) 341-7701

*Attorneys for the OneWest Bank N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   In re:                                                    :  Chapter 11
                                                              :
Relativity Fashion, LLC, *et al.*                              :  Bankr. No. 15-11989 (MEW)
                                                              :
                              Debtors.           :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP hereby appears as counsel for an OneWest Bank N.A. ("OneWest"), a creditor and party-in-interest in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2002 and 9010 (the "Bankruptcy Rules") it is hereby requested that all notices given or required to be

given and all papers served or required to be served in this case be given to and served on the following:

> Glenn E. Siegel
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, NY 10178-0600
> Telephone:    (212) 309-6780
> Facsimile:    (212) 309-6001
> glenn.siegel@morganlewis.com
>
> - and –
>
> Julia Frost-Davies
> Amelia C. Joiner
> Morgan, Lewis & Bockius LLP
> One Federal Street
> Boston, MA 02110-1726
> Telephone:    (617) 951-8000
> Facsimile:    (617) 341-7701
> julia.frost-davies@morganlewis.com
> amelia.joiner@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, statement of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including OneWest, with respect to (a) the Debtors, (b) property of the Debtors' estate, or proceeds thereof, in which the Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of others that any of the

DB1/ 84233543.1                                            2

Debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by any of the Notice Parties.

**PLEASE TAKE FURTHER NOTICE** that neither this entry of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive OneWest's rights (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (ii) to a trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related to this case; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to have documents served in accordance with Bankruptcy Rule 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: July 31, 2015<br>New York, New York | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>By: /s/ Glenn E. Siegel<br>    Glenn E. Siegel<br><br>101 Park Avenue<br>New York, NY 10178-0600<br>Telephone:    (212) 309-6780<br>Facsimile:     (212) 309-6001<br><br>- and –<br><br>Julia Frost-Davies<br>Amelia Clark Joiner<br>One Federal Street<br>Boston, MA 02110-1726<br>Telephone:    (617) 951-8000<br>Facsimile:     (617) 341-7701<br><br>*Attorneys for OneWest Bank N.A.* |

## SERVICE LIST

**Craig A. Wolfe**
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
Email: cwolfe@sheppardmullin.com

**Richard L. Wynne**
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Email: rlwynne@jonesday.com

**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014