**GIBSON, DUNN & CRUTCHER LLP**
J. Eric Wise
Shira D. Weiner
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

    - and -

Samuel A. Newman (*pro hac vice pending*)
Daniel B. Denny (*pro hac vice pending*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel. (213) 229-7000
Fax. (213) 229-7520

*ATTORNEYS FOR MACQUARIE US TRADING LLC*
*AND MACQUARIE INVESTMENTS US INC.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RELATIVITY FASHION, LLC, *et al.*<br><br>                    Debtors. | Chapter 11<br><br>Case No. 15-11989 (MEW)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel to Macquarie US Trading LLC, solely in its capacity as agent under that certain Second Amended and Restated Funding Agreement, dated as of June 30, 2014 (as amended, the "***Funding Agreement***") and Macquarie Investments US Inc., as lender under the Funding Agreement (collectively, "***Macquarie***"), creditors and parties-in-interest herein and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby request that all notices given or required to be given in this case be given and served upon:

| | |
|---|---|
| Samuel A. Newman | J. Eric Wise |
| Daniel B. Denny | Shira D. Weiner |
| Gibson, Dunn & Crutcher LLP | Gibson, Dunn & Crutcher, LLP |
| 333 South Grand Avenue | 200 Park Avenue |
| Los Angeles, CA 90071-3197 | New York, New York 10166 |
| Tel.  (213) 229-7000 | Tel:  (212) 351-4000 |
| Fax.  (213) 229-7520 | Fax:  (212) 351-4035 |
| Email: SNewman@gibsondunn.com | Email: EWise@gibsondunn.com |
|            DDenny@gibsondunn.com |            SWeiner@gibsondunn.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local Bankruptcy Rules, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, or petitions, answering or reply papers, and memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Macquarie intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (1) Macquarie's right to have final orders in noncore matters entered only after de novo review by a District Judge; (2) Macquarie's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) Macquarie's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Macquarie is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Macquarie hereby expressly reserves.

*[Remainder of Page Intentional Left Blank]*

Dated: July 31, 2015

                              Respectfully submitted,

/s/   J. Eric Wise
J. Eric Wise
Shira D. Weiner
200 Park Avenue
New York, New York 10166
Tel:  (212) 351-4000
Fax:  (212) 351-4035

- and -

Samuel A. Newman (*pro hac vice pending*)
Daniel B. Denny (*pro hac vice pending*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.  (213) 229-7000
Fax.  (213) 229-7520

*ATTORNEYS FOR MACQUARIE US TRADING LLC
AND MACQUARIE INVESTMENTS US INC.*