ALSTON & BIRD LLP
Leib M. Lerner (*Pro Hac Vice* Pending)
333 South Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
Email: leib.lerner@alston.com

-and-

William Hao
90 Park Avenue
New York, NY 10016-1387
Telephone:  (212) 210-9400
Facsimile:  (212) 210-9444
Email: william.hao@alston.com

*Attorneys for Twentieth Century Fox Home
Entertainment LLC and Fox Broadcasting Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
RELATIVITY FASHION, LLC, *et al.*,                          :        Case No. 15-11989 (MEW)
                                                            :
                                    Debtors.                :        (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned chapter 11

cases on behalf of Twentieth Century Fox Home Entertainment LLC and Fox Broadcasting

Company (together, "Fox") and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United

States Code (the "Bankruptcy Code"), demand that all notices given or required to be given and

all papers served in this case be delivered to and served upon the parties identified below at the

following address:

ALSTON & BIRD LLP
William Hao
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: william.hao@alston.com

ALSTON & BIRD LLP
Leib M. Lerner (*Pro Hac Vice* Pending)
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the above-

mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications,

motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written

or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these

cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is

not intended nor shall be deemed to waive Fox's (i) right to have final orders in non-core matters

entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any

proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right

to have the reference withdrawn by the United States District Court in any matter subject to

mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or

recoupments to which Fox may or may be entitled under agreements, in law, or in equity, all

of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby

reserved.

Dated: New York, New York
        August 3, 2015

                                Respectfully submitted,

                                 s/William Hao
                                William Hao
                                ALSTON & BIRD LLP
                                90 Park Avenue
                                New York, New York 10016
                                Tel:    212-210-9400
                                Fax:    212-210-9444
                                Email: william.hao@alston.com

                                 - and -

                                Leib M. Lerner (*Pro Hac Vice* Pending)
                                333 South Hope Street, 16th Floor
                                Los Angeles, CA  90071
                                Telephone:  (213) 576-1000
                                Facsimile:  (213) 576-1100
                                Email: Leib.Lerner@alston.com

                                *Attorneys for Twentieth Century Fox Home*
                                *Entertainment LLC and Fox Broadcasting*
                                *Company*