Joshua A. Sussberg, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

*Counsel for Vine Film Finance Fund II, LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RELATIVITY FASHION, LLC | ) Case No. 15-11989 (MEW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Kirkland & Ellis LLP appears in the above-captioned cases as Counsel and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in these cases be delivered to and be served at the following address and further requests to be added to the master service list:

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Attn:   Joshua A. Sussberg, P.C.
        joshua.sussberg@kirkland.com

KE 37190124.1

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in

the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders,

applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or

otherwise, in these cases.

Dated:  August 3, 2015
      New York, New York

                              */s/ Joshua A. Sussberg, P.C.*
                              KIRKLAND & ELLIS LLP
                              Joshua A. Sussberg, P.C.
                              601 Lexington Avenue
                              New York, New York 10022-4611
                              Telephone:    (212) 446-4800
                              Facsimile:     (212) 446-4900

                              *Counsel for Vine Film Finance Fund II, LP*