**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **RELATIVITY FASHION, LLC,** *et al.* | § | Case No. 15-11989-mew |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

**REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND PAPERS
PURSUANT TO BANKRUPTCY RULES 2002 AND 9007**

Shoutz, Inc. ("SHOUTZ"), a creditor and party in interest in this bankruptcy case, requests that all notices and pleadings given or required to be given to SHOUTZ in this case be given to and served upon its attorney of record at the following address:

> Stephen A. Roberts
> Strasburger & Price, LLP
> 720 Brazos, Suite 700
> Austin, TX 78701
> (512) 499-3624 (direct)
> (512) 499-3660 (fax)
> stephen.roberts@strasburger.com

SHOUTZ also requests service to its attorneys of record of all papers referred to in Bankruptcy Rules 2002, 3017, 4004, 4007, and 9007, including, without limitation, notices, orders, motions, demands, complaints, petitions, schedules, statement of affairs, operating reports, pleadings and requests, as well as all applications and any other document brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, delivery, telephone, e-mail, telegraph, telecopy or telex.

SHOUTZ intends that neither this request, nor later appearance, pleading, claim or suit, shall waive (a) the right of SHOUTZ to have final orders in non-core maters

entered only after de novo review by a District Judge, (b) the right of SHOUTZ to trial by jury in any proceeding so triable in any case, controversy or proceeding related to this case, (c) the right of SHOUTZ to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which SHOUTZ may be entitled under agreements, in law, in equity, or otherwise, all of which right, claims, actions, defenses, setoffs, and recoupments, SHOUTZ expressly reserve.

        Respectfully submitted,

    /s/ *Stephen A. Roberts*
Stephen A. Roberts
TX State Bar No. 17019200
STRASBURGER & PRICE, LLP
720 Brazos, Suite 700
Austin, Texas 78701
512.499.3624
512.499.3660 (Facsimile)
stephen.roberts@strasburger.com

**Attorneys for Shoutz, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this Request for Copies of All Notices, Pleadings and Papers was served via the Court's CM/ECF system upon all parties entitled to such electronic notice and via U.S. first class mail on the parties listed below on this the 3rd day of August, 2015.

**Debtor:**
Relativity Fashion, LLC, *et al.*
315 Park Avenue South, 2nd Floor
New York, NY 10016

**Debtor's Counsel:**
Craig A. Wolfe
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
Email: cwolfe@sheppardmullin.com

Richard L. Wynne
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Email: rlwynne@jonesday.com

**United States Trustee**
Susan D. Golden
Office of the U.S. Trustee
Southern District of New York
U.S. Federal Office Building
201 Varick Street, Rm. 1006
New York, NY 10014

**Parties Requesting Notice**
ALSTON & BIRD LLP
William Hao
90 Park Avenue
New York, NY 10016-1387
Email: william.hao@alston.com

ALSTON & BIRD LLP
Leib M. Lerner (Pro Hac Vice Pending)
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Email: leib.lerner@alston.com

BMC Group, Inc.
Attn: T Feil
300 Continental Boulevard #570
El Segundo, CA 90245
Phone: 310.321.5552
Email: ecfbk@bmcgroup.com

Samuel A. Newman
Daniel B. Denny
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Email: SNewman@gibsondunn.com
DDenny@gibsondunn.com

J. Eric Wise
Shira D. Weiner
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, New York 10166
Email: EWise@gibsondunn.com
SWeiner@gibsondunn.com

Glenn E. Siegel
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600
glenn.siegel@morganlewis.com

Julia Frost-Davies
Amelia C. Joiner
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
julia.frost-davies@morganlewis.com
amelia.joiner@morganlewis.com

Pamela K. Webster, Esq.
BUCHALTER NEMER, P.C.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
Email: pwebster@buchalter.com

James S. Carr, Esq.
Eric R. Wilson, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
E-mail: KDWBankruptcyDepartment@kelleydrye.com
jcarr@kelleydrye.com
ewilson@kelleydrye.com

David R. Hock
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York 10036
bsimon@cwsny.com
tciantra@cwsny.com
dhock@cwsny.com

Joseph A. Kohanski
David E. Ahdoot
BUSH GOTTLIEB
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 90103
jkohanski@bushgottlieb.com

George R. Mesires
311 S. Wacker Drive
Suite 4400
Chicago, IL 60606
Email: george.mesires@FaegreBD.com

Mark Shinderman
Haig M. Maghakian
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa St., 30th Floor
Los Angeles, CA 90017
Email: MShinderman@milbank.com
HMaghakian@milbank.com

Dennis C. O'Donnell
Matthew Brod
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, NY 10005
Email: DOdonnell@milbank.com
MBrod@milbank.com

Matthew Salerno, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Email: Matthew.Salerno@lw.com

Benjamin A. Naftalis, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York
Email: Benjamin.Naftalis@lw.com

Keith A. Simon, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York
Email: Keith.Simon@lw.com

Christopher J. Clark, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Email: Christopher.Clark2@lw.com

David S. Heller, Esq.
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Email: David.Heller@lw.com

/s/ Stephen A. Roberts
Stephen A. Roberts