**GIPSON HOFFMAN & PANCIONE**
A Professional Corporation
1901 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 556-4660
Facsimile: (310) 556-8945
Jason Wallach, Esq.
Email: jwallach@ghplaw.com
Attorneys for LAMF, LLC

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>RELATIVITY FASHION, LLC<br><br>     Debtor. | Chapter 11<br><br>Case No. 15-11989 (MEW)<br>(and Jointly Administered Cases) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case on behalf of LAMF, LLC, a creditor and party-in-interest, and, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, hereby requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the person listed below at the following addresses, telephone and facsimile numbers:

Jason Wallach, Esq.
**GIPSON HOFFMAN & PANCIONE**
A Professional Corporation
1901 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 556-4660
Facsimile: (310) 556-8945
Email: jwallach@ghplaw.com

536862.1 - 05038.00001

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax, ECF or otherwise.

PLEASE TAKE FURTHER NOTICE that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the Southern District of New York or a waiver of any substantive or procedural rights of LAMF, LLC, including: (1) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of New York (the "District Court"); (2) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, and (5) any other rights, claims, actions, defenses, setoffs or recoupments to which LAMF, LLC may be entitled under agreements in law, in equity, or otherwise, including to have disputes resolved by arbitration, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: August 3, 2015
Los Angeles, California

GIPSON HOFFMAN & PANCIONE
A Professional Corporation

By: _Jason Wallach_

    Jason Wallach
    1901 Avenue of the Stars, Suite 1100
    Los Angeles, CA 90067
    Telephone: (310) 556-4660
    Facsimile: (310) 556-8945
    Jason Wallach, Esq.
    Email: jwallach@ghplaw.com
*Attorneys for LAMF, LLC*