ALSTON & BIRD LLP
Leib M. Lerner (*Pro Hac Vice* Pending)
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com

-and-

William Hao
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: william.hao@alston.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC and Fox Broadcasting Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY FASHION, LLC, *et al.*, | Case No. 15-11989 (MEW) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          )   ss.:
COUNTY OF NEW YORK  )

Kim Fitzgerald, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On August 3, 2015, I caused a true and correct copy of *Notice of Appearance and Request for Service of Papers and Motion for Admission to Practice, Pro Hac Vice* [Docket Nos. 63 and 64], to be served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

*Kim Fitzgerald*
Kim Fitzgerald

Sworn to before me this
4th day of August, 2015.

_____
Notary Public

JEANNINE GRUDZIEN
Notary Public, State of New York
No. 01GR6178877
Qualified in New York County
Commission Expires December 10, 20 15

- 2 -

# Exhibit A

**Via First Class Mail**

Craig A. Wolfe, Esq.
Malani J. Cademartori, Esq.
Blanka K. Wolfe, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112

Richard L. Wynne, Esq.
Bennett L. Spiegel, Esq.
Lori Sinanyan, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017

Office of the United States Trustee
201 Varick Street
Suite 1006
New York, NY 11201

Donlin, Recano & Company, Inc.
Re: Relativity Fashion, LLC, *et al.*
P.O. Box 899
Madison Square Station
New York, NY 10010