**MAYER BROWN LLP**

71 South Wacker Drive
Chicago, Illinois 60606
Tel. (312) 782-0600
Fax (312) 701-7711
Craig E. Reimer

**MAYER BROWN LLP**

1221 Avenue of the Americas
New York, New York 10020
Tel. (212) 506-2500
Fax (212) 262-1910
Frederick D. Hyman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RELATIVITY FASHION, LLC, *et al.*,<br><br>            Debtors. | Chapter 11<br><br>**Case No. 15-11989 (MEW)**<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY MAYER BROWN LLP ON BEHALF OF LMB HOLDINGS LIMITED

PLEASE TAKE NOTICE that Mayer Brown LLP ("**Mayer Brown**") hereby appears on

behalf of LMB Holdings Limited in the above-captioned jointly-administered chapter 11 cases.

Pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and

Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy**

**Rules**"), Mayer Brown respectfully requests that all notices given, or required to be given, in

these cases, and all papers served, or required to be served, in these cases, be given and served

upon Mayer Brown at the office, address and telephone number set forth below, and that Mayer

Brown be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

717149792

Craig E. Reimer, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Ph: 312-782-0600
Fax: 312-701-7711
e-mail: creimer@mayerbrown.com

Frederick D. Hyman, Esq.
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020
Ph: 212-506-2500
Fax: 212-262-1910
e-mail: fhyman@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which affects the above-captioned Debtors, property of such Debtors, or LMB Holdings Limited.

PLEASE TAKE FURTHER NOTICE that, neither this Notice of Appearance and Request for Service of Papers (the "**Notice**") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case, or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions,

defenses, setoffs, or recoupments, as appropriate, in law or in equity, under any agreements, or

otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly

reserved.

Dated:          Chicago, Illinois
                August 4, 2015

By: /s/ Craig E. Reimer
   Craig E. Reimer
   **MAYER BROWN LLP**
   71 South Wacker Drive
   Chicago, Illinois 60606
   Ph: 312-782-0600
   Fax: 312-701-7711

717149792                                3