BALLARD SPAHR LLP
919 Third Avenue
New York, NY 10022
(212) 223-0200
Brent Weisenberg

*Counsel for CIHV, Inc. f/k/a/Cinram, Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY FASHION, LLC, et al., | Case No. 15-11989 (MEW) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE,** that the undersigned hereby appears in the above-captioned case on behalf of CIHV, Inc. f/k/a/Cinram, Inc. ("**CIHV**"), and hereby requests, in accordance with Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in connection with the above-captioned case by the Court, the above captioned debtors, or any other party-in-interest be given and served upon:

BALLARD SPAHR LLP
Attn: Brent Weisenberg
919 Third Avenue
New York, NY 10022
Tel: (212) 223-0200
Fax: (212) 223-1942
Email: weisenbergb@ballardspahr.com

  **PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, demand, order, or any other paper filed in the case, whether such notice is formal or

informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any former or later appearance, pleading, claim, or suit shall waive (1) CIHV's right to have final orders in non-core proceedings entered only after *de novo* review by a District Court Judge, (2) CIHV's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) CIHV's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) CIHV's right to have any claims constitutionally required to be determined by the District Court be determined therein, (5) CIHV's right to have any matter heard by an arbitrator, or (6) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which CIHV may be entitled, in law or in equity, all of which CIHV expressly reserves.

**PLEASE TAKE FURTHER NOTICE,** that neither this Notice of Appearance nor any former or later appearance, pleading, claim, or suit shall constitute an authorization for the undersigned to accept service of process on behalf of CIHV, and that such service must be done in strict compliance with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: August 5, 2015  
      New York, New York

BALLARD SPAHR LLP  
919 Third Avenue  
New York, New York 10022  
(212) 223-0200

By:   */s/ Brent Weisenberg*  
      Brent Weisenberg, Esq.

*Counsel for CIHV, Inc. f/k/a/ Cinram, Inc.*