**O'MELVENY & MYERS LLP**
Daniel S. Shamah
7 Times Square
New York, NY 10036
(212) 326-2000

Evan M. Jones (*pro hac vice* pending)
400 South Hope Street
18th Floor
Los Angeles, CA 90071
(213) 430-6000

*Attorneys for Manchester Securities Corp. and Manchester Library Company LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Relativity Fashion LLC, *et al.* | Case No. 15-11989 (MEW) |
| Debtors | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that O'Melveny & Myers LLP, on behalf of Manchester Securities Corp. and Manchester Library Company LLC, hereby enters this appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) in the above-captioned chapter 11 bankruptcy cases and hereby requests notice of all hearings and conferences in such case and make demand for service of copies of all pleadings, filings, notices and other actions and papers pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York. All such notices should be addressed as follows:

**O'Melveny & Myers LLP**
Daniel S. Shamah
7 Times Square
New York, NY 10036
Tel:   (212) 326-2000
Fax:   (212) 326-2061
Email: dshamah@omm.com

Evan M. Jones (*pro hac vice* pending)
400 South Hope Street
Los Angeles, CA 90071
Tel:   (213) 430-6000
Fax:   (213) 430-6407
Email: ejones@omm.com

This Notice of Appearance and Request for Notice and Papers shall not be deemed or construed to be a waiver or consent by Manchester Securities Corp. or Manchester Library Company LLC to (i) have final orders in non-core matters entered only after a de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Manchester Securities Corp. or Manchester Library Company LLC may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[Remainder of page intentionally left blank.]

Dated:   August 5, 2015
         New York, New York

**O'MELVENY & MYERS LLP**

*/s/ Daniel S. Shamah*_____
Daniel S. Shamah
7 Times Square
New York, NY 10036
Tel:    (212) 326-2000
Fax:   (212) 326-2061
Email: dshamah@omm.com

Evan M. Jones (*pro hac vice* pending)
400 South Hope Street
18th Floor
Los Angeles, CA 90071
Tel:    (213) 430-6000
Fax:   (213) 430-6407
Email: ejones@omm.com

*Attorneys for Manchester Securities Corp. and Manchester Library Company LLC*

## CERTIFICATE OF SERVICE

I, Daniel S. Shamah, do hereby certify that on August 5, 2015, I caused a true and correct copy of the foregoing Notice of Appearance to be filed with the Bankruptcy Court using the Electronic Filing System and served via ECF upon all counsel of record.

*/s/ Daniel S. Shamah*_____
Daniel S. Shamah