D. Tyler Nurnberg
Seth J. Kleinman
KAYE SCHOLER LLP
Three First National Plaza
70 West Madison Street
Suite 4200
Chicago, Illinois 60602
Telephone:  (312) 583-2300
Facsimile:  (312) 583-2360
Email: tyler.nurnberg@kayescholer.com
           seth.kleinman@kayescholer.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent and Collateral Agent under the Debtors' Pre-Petition Term A and B Loans and DIP Agent*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY FASHION, LLC, *et al.*, | Case No. 15-11989 (MEW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear on behalf of Cortland Capital Market Services LLC, as Administrative Agent and Collateral Agent under the Debtors' Pre-Petition Term A and B Loans and DIP Agent in the above-captioned jointly-administered chapter 11 cases.  Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned respectfully request that all notices and papers filed or entered in these cases be given to and served upon the following:

>Seth J. Kleinman
>KAYE SCHOLER LLP
>Three First National Plaza
>70 West Madison Street
>Suite 4200
>Chicago, Illinois 60602
>Telephone: (312) 583-2300
>Facsimile: (312) 583-2360
>Email: seth.kleinman@kayescholer.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which affects the above-captioned Debtors, property of such Debtors, or Cortland Capital Market Services LLC.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices and Papers* (this "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) any election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: August 5, 2015 | By: /s/ Seth J. Kleinman<br>D. Tyler Nurnberg<br>Seth J. Kleinman<br>KAYE SCHOLER LLP<br>Three First National Plaza<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602<br>Telephone:  (312) 583-2300<br>Facsimile:  (312) 583-2360<br>Email: tyler.nurnberg@kayescholer.com<br>           seth.kleinman@kayescholer.com<br><br>*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent and Collateral Agent under the Debtors' Pre-Petition Term A and B Loans and DIP Agent* |