UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                    :         Case No. 15-11989 (MEW)
                                                         :
RELATIVITY FASHION LLC, et al.,                          :         Chapter 11
                                                         :
                                                         :         (Jointly Administered)
                                                         :
                        Debtor.                          :
---------------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Sections 1102(a) and (b) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve to the Official Committee of Unsecured Creditors of Relativity Fashion LLC, et al.:

1. Carat USA, Inc.
   150 E. 42nd Street
   New York, NY  10017
   Attention:  Scott Hughes, General Counsel
   Telephone: (917) 326-7676
   Fax:  (917) 326-6912
   E-Mail:  scott.hughes@dentsuaegis.com

2. NBC Universal
   30 Rockefeller Center
   New York, NY  10112
   Attention:  Mariano Schwed, Senior Vice President
   Telephone: (212) 664-2413
   E-Mail:    mariano.schwed@nbcuni.com

3. Cinedigm Corp.
   902 Broadway, 9th Floor
   New York, NY  10010
   Attention:  Frank Lupo, Vice President Finance, Digital Camera
   Telephone:  (212) 206-8600
   Fax:  (212) 206-9001
   E-Mail:  flupo@cinedigm.com

4. Technicolor, Inc.
6040 Sunset Boulevard
Hollywood, CA  90028
Attention:  Meggan Ehret, Assistant Secretary
Telephone:  (317) 366-8476
Fax:  (317) 587-9638
E-Mail:  meggan.ehret@technicolor.com

5. Allied Advertising Limited Partnership
d/b/a Allied Integrated Marketing
55 Cambridge Parkway, Suite 200
Cambridge, MA  02142
Attention:  Gerry Feldman, Chairman
Telephone: (617) 780-9584
E-Mail: gfeldman@alliedim.com

6. Comen VFX LLC
1750 14th Street, Suite B
Santa Monica, CA  90404
Attention:  Joshua Comen, Member
Telephone:  (310) 717-5674

7. Create Advertising Group, LLC
6022 Washington Blvd.
Culver City, CA  90232
Attention: David Stern, CEO
Telephone:  (310) 280-2999
Fax:  (310) 280-2991

Dated: New York, New York
August 7, 2015

Sincerely,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By */s/ Susan D. Golden*
Susan D. Golden
Trial Attorney
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500

2