TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Neil Berger
Scott E. Ratner

*Proposed Counsel to the Official*
*Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                            :
In re:                                      :    Chapter 11
                                            :
RELATIVITY FASHION, LLC, *et al.*,          :    Case No. 15-11989 (MEW)
                                            :
                              Debtors.      :    (Jointly Administered)
                                            :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that, pursuant to Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), Togut, Segal & Segal LLP appears as proposed counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") in the above-captioned chapter 11 cases.  The undersigned requests that all notices given or required to be given and all documents served or required to be served in the above-captioned cases be given and served upon:

> TOGUT, SEGAL & SEGAL LLP
> One Penn Plaza, Suite 3335
> New York, New York  10119
> Telephone:   (212) 594-5000
> Facsimile:    (212) 967-4258
> Attention:    Albert Togut, Esq.
>                     Frank A. Oswald, Esq.
>                     Neil Berger, Esq.
>                     Scott E. Ratner, Esq.
> Email: frankoswald@teamtogut.com
>             neilberger@teamtogut.com
>             seratner@teamtogut.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Local Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, the internet, or other otherwise filed or made regarding these cases, which affects or seeks to affect in any way any rights or interests of any party in interest in these cases.

DATED:   New York, New York
                August 10, 2015

> TOGUT, SEGAL & SEGAL LLP
> By:
>
> /s/ Albert Togut
> ALBERT TOGUT
> FRANK A. OSWALD
> Members of the Firm
> One Penn Plaza, Suite 3335
> New York, New York  10119
> (212) 594-5000
>
> *Proposed Counsel to the Official*
> *Committee of Unsecured Creditors*