**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:

    RELATIVITY FASHION, LLC
                          Debtor

-----------------------------------------------------------x

                        Plaintiff

                v.

                        Defendant

-----------------------------------------------------------x

Case No.: 15-11989

Chapter 11

Adversary Proceeding No.: _____

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

    Upon the motion of  Steven G. Polard  , to be admitted, *pro hac vice*, to represent  WWE Studios, Inc.  , (the "Client") a  Creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  California   and, if applicable, the bar of the U.S. District Court for the  Central   District of  California  , it is hereby

    **ORDERED**, that  Steven G. Polard  , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE