Richard L. Wynne
Bennett L. Spiegel, Esq.
Lori Sinanyan, Esq. (admitted *pro hac vice*)
**JONES DAY**
222 East 41st Street
New York, NY 10017
Tel: (212) 326-3939
Fax: (212) 755-7306

- and -

Craig A. Wolfe, Esq.
Malani J. Cademartori, Esq.
Blanka K. Wolfe, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700
Fax: (212) 653-8701

*Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY FASHION, LLC, *et al.*,[1] | Case No. 15-11989 (MEW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF (I) CERTAIN
OBJECTIONS TO THE DEBTORS' SALE MOTION FROM OCTOBER 5
TO OCTOBER 14, 2015 AND (II) THE AUCTION OF CERTAIN ESTATE ASSETS**

---

[1] The Debtors in these chapter 11 cases are: see page (i).

NAI-1500561894v1

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Relativity Fashion, LLC (4571); Relativity Holdings LLC (7052); Relativity Media, LLC (0844); Relativity REAL, LLC (1653); RML Distribution Domestic, LLC (6528); RML Distribution International, LLC (6749); RMLDD Financing, LLC (9114); 21 & Over Productions, LLC (7796); 3 Days to Kill Productions, LLC (5747); A Perfect Getaway P.R., LLC (9252); A Perfect Getaway, LLC (3939); Armored Car Productions, LLC (2750); Best of Me Productions, LLC (1490); Black Or White Films, LLC (6718); Blackbird Productions, LLC (8037); Brant Point Productions, LLC (9994); Brick Mansions Acquisitions, LLC (3910); Brilliant Films, LLC (0448); Brothers Productions, LLC (9930); Brothers Servicing, LLC (5849); Catfish Productions, LLC (7728); Cine Productions, LLC (8359); CinePost, LLC (8440); Cisco Beach Media, LLC (8621); Cliff Road Media, LLC (7065); Den of Thieves Films, LLC (3046); Don Jon Acquisitions, LLC (7951); DR Productions, LLC (7803); Einstein Rentals, LLC (5861); English Breakfast Media, LLC (2240); Furnace Films, LLC (3558); Gotti Acquisitions, LLC (6562); Great Point Productions, LLC (5813); Guido Contini Films, LLC (1031); Hooper Farm Music, LLC (3773); Hooper Farm Publishing, LLC (3762); Hummock Pond Properties, LLC (9862); Hunter Killer La Productions, LLC (1939); Hunter Killer Productions, LLC (3130); In The Hat Productions, LLC (3140); J&J Project, LLC (1832); JGAG Acquisitions, LLC (9221); Left Behind Acquisitions, LLC (1367); Long Pond Media, LLC (7197); Madaket Publishing, LLC (9356); Madaket Road Music, LLC (9352); Madvine RM, LLC (0646); Malavita Productions, LLC (8636); MB Productions, LLC (4477); Merchant of Shanghai Productions, LLC (7002); Miacomet Media LLC (7371); Miracle Shot Productions, LLC (0015); Most Wonderful Time Productions, LLC (0426); Movie Productions, LLC (9860); One Life Acquisitions, LLC (9061); Orange Street Media, LLC (3089); Out Of This World Productions, LLC (2322); Paranoia Acquisitions, LLC (8747); Phantom Acquisitions, LLC (6381); Pocomo Productions, LLC (1069); Relative Motion Music, LLC (8016); Relative Velocity Music, LLC (7169); Relativity Development, LLC (5296); Relativity Film Finance II, LLC (9082); Relativity Film Finance III, LLC (8893); Relativity Film Finance, LLC (2127); Relativity Films, LLC (5464); Relativity Foreign, LLC (8993); Relativity India Holdings, LLC (8921); Relativity Jackson, LLC (6116); Relativity Media Distribution, LLC (0264); Relativity Media Films, LLC (1574); Relativity Music Group, LLC (9540); Relativity Production LLC (7891); Relativity Rogue, LLC (3333); Relativity Senator, LLC (9044); Relativity Sky Land Asia Holdings, LLC (9582); Relativity TV, LLC (0227); Reveler Productions, LLC (2191); RML Acquisitions I, LLC (9406); RML Acquisitions II, LLC (9810); RML Acquisitions III, LLC (9116); RML Acquisitions IV, LLC (4997); RML Acquisitions IX, LLC (4410); RML Acquisitions V, LLC (9532); RML Acquisitions VI, LLC (9640); RML Acquisitions VII, LLC (7747); RML Acquisitions VIII, LLC (7459); RML Acquisitions X, LLC (1009); RML Acquisitions XI, LLC (2651); RML Acquisitions XII, LLC (4226); RML Acquisitions XIII, LLC (9614); RML Acquisitions XIV, LLC (1910); RML Acquisitions XV, LLC (5518); RML Bronze Films, LLC (8636); RML Damascus Films, LLC (6024); RML Desert Films, LLC (4564); RML Documentaries, LLC (7991); RML DR Films, LLC (0022); RML Echo Films, LLC (4656); RML Escobar Films LLC (0123); RML Film Development, LLC (3567); RML Films PR, LLC (1662); RML Hector Films, LLC (6054); RML Hillsong Films, LLC (3539); RML IFWT Films, LLC (1255); RML International Assets, LLC (1910); RML Jackson, LLC (1081); RML Kidnap Films, LLC (2708); RML Lazarus Films, LLC (0107); RML Nina Films, LLC (0495); RML November Films, LLC (9701); RML Oculus Films, LLC (2596); RML Our Father Films, LLC (6485); RML Romeo and Juliet Films, LLC (9509); RML Scripture Films, LLC (7845); RML Solace Films, LLC (5125); RML Somnia Films, LLC (7195); RML Timeless Productions, LLC (1996); RML Turkeys Films, LLC (8898); RML Very Good Girls Films, LLC (3685); RML WIB Films, LLC (0102); Rogue Digital, LLC (5578); Rogue Games, LLC (4812); Roguelife LLC (3442); Safe Haven Productions, LLC (6550); Sanctum Films, LLC (7736); Santa Claus Productions, LLC (7398); Smith Point Productions, LLC (9118); Snow White Productions, LLC (3175); Spy Next Door, LLC (3043); Story Development, LLC (0677); Straight Wharf Productions, LLC (5858); Strangers II, LLC (6152); Stretch Armstrong Productions, LLC (0213); Studio Merchandise, LLC (5738); Summer Forever Productions, LLC (9211); The Crow Productions, LLC (6707); Totally Interns, LLC (9980); Tribes of Palos Verdes Production, LLC (6638); Tuckernuck Music, LLC (8713); Tuckernuck Publishing, LLC (3960); Wright Girls Films, LLC (9639); Yuma, Inc. (1669); Zero Point Enterprises, LLC (9558). The location of the Debtors' corporate headquarters is: 9242 Beverly Blvd., Suite 300, Beverly Hills, CA 90210.

**PLEASE TAKE NOTICE THAT** the Debtors intend to proceed with the hearing on October 5, 2015 at 10:00 a.m. (ET) (the "**Sale Hearing**"), before the Honorable Michael E. Wiles, United States Bankruptcy Judge, in Courtroom 617 at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 (the "**Court**"), with respect to the *Debtors' Motion for (I) An Order (A) Establishing Bid Procedures For the Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse APA and Bidding Protections, and (C) Granting Certain Related Relief and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Certain Related Relief* (the "**Sale Motion**") (Docket No. 25).

**PLEASE TAKE NOTICE THAT** the following objections (the "**Adjourned Objections**"), formerly scheduled to be heard on October 5, 2015 at 10:00 a.m. (ET), before the Honorable Michael E. Wiles, United States Bankruptcy Judge, in Courtroom 617 at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 (the "**Court**"), with respect to the Sale Motion **have been adjourned to October 14, 2015 at 10:00 a.m. (ET)** and the form of Sale Order that the Debtors shall seek to have entered at the conclusion of the Sale Hearing will reserve the rights of these objecting parties:

1. *Preliminary Objection to Debtors' Motion to Sell Substantially All of Its Assets* (Docket No. 444) **but only** to the extent the objection relates to assumption and assignment of contracts, potential cure costs, and/or adequate assurance of future performance;

2. *Objection of Shoutz, Inc. to Debtors' Proposed Assumption and Assignment of Executory Contracts* (Docket No. 449) filed by Shoutz Inc.;

2

3. *Limited Objection and Reservation of Rights to Debtors' Sale of Substantially All of the Debtors' Assets to Stalking Horse* (Docket No. 457) filed by IM Global Film Fund, LLC;

4. *Reservation of Rights of CIT Bank, N.A., as Administrative Agent* (Docket No. 467) filed by CIT Bank, N.A.;

5. *Harkins' Objection to Proposed Assumption and Assignment of Executory Contract* (Docket No. 469) filed by Harkins Reel Deals, LLC;

6. *Objection of Catfish Picture Company, LLC to the Debtors' Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs* (Docket No. 471) filed by Catfish Picture Company, LLC;

7. *Limited Objection and Reservation of Rights of Digital Cinema Implementation Partners, LLC and Kasima, LLC to the Debtors' Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale and (II) Associated Cure Costs* (Docket No. 472) filed by Digital Cinema Implementation Partners, LLC and Kasima, LLC;

8. *Objection of Mitchell Grossbach to Debtors' Proposed Assumption and Assignment of Executory Contracts* (Docket No. 475) filed by Mitchell Grossbach;

9. *Reservation of Rights of Red Granite Pictures, Inc. to the Debtors' Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale and (II) Associated Cure Costs* (Docket No. 484) filed by Red Granite Pictures Inc.;

10. *Objection To Debtors' Motion For (I) An Order (A) Establishing Bid Procedures For The Sale Of Substantially All Of The Debtors' Assets, (B) Approving Stalking Horse APA And Bidding Protections, Etc.; And The Debtors' Notice Of (I Proposed Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection With Sale And (II) Associated Cure Costs* (Docket No. 485) filed by Beverly Place, L.P. and Maple Plaza, L.P.;

11. *Reservation of Rights and Limited Objection of Showtime Networks Inc. Regarding Assumption and Assignment of Executory Contracts* (Docket No. 487) filed by Showtime Networks Inc.;

12. *Objection of PT. Parkit Films to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Cure Costs* (Docket No. 488) and *Objection of PT. Parkit Films to the Sale of Substantially All of the Debtors' Assets* (Docket No. 520) filed by PT. Parkit Films and certain affiliates;

13. *Objection of Cinedigm Digital Cinema Corp. to Debtors' Proposed Cure Amounts* (Docket No. 489) filed by Cinedigm Digital Cinema Corp.;

14. *Objection of Kidnap Holdings, LLC to the Proposed Assumption and Assignment of Exclusive License Agreement in Connection with the Sale of Substantially All of the Debtors' Assets* (Docket No. 496) filed by Kidnap Holdings, LLC;

15. *Objection of Relativity Sports, LLC to Debtors' Notice of Proposed Assumption and Assignment of Executory Contracts and Associated Cure Costs* (Docket No. 497) and *Declaration of Joseph S. Tufaro in Support of Objection* (Docket No. 498) filed by Relativity Sports, LLC;

16. *Joint Objection of PureBrands, LLC, Bev/Early, LLC and Relativity Education, LLC to Debtors' Notice of Proposed Assumption and Assignment of Executory Contracts and Associated Cure Costs* (Docket No. 499) filed by PureBrands, LLC, Bev/Early, LLC and Relativity Education, LLC;

17. *Objection of the Hunter Killer Parties to the Debtors' Sale Motion and Assumption and Assignment of Executory Contracts* (Docket No. 500) and related documents (Docket Nos. 501, 504, 505 and 506) filed by Neal H. Moritz, Neal H. Moritz, Inc., George Wallace, Donald Keith and Arne L. Schmidt, Inc.;

18. *Objection of Bold Films Productions, LLC to the Proposed Assumption and Assignment of Exclusive License Agreement in Connection with the Sale of Substantially All of the Debtors' Assets* (Docket No. 502) and related document (Docket No. 503) filed by Bold Films Productions LLC;

19. *Reservation of Rights of RKA Film Financing, LLC to Debtors' Motion for Order Approving the Sale of Substantially All Assets and Granting Related Relief* (Docket No. 508) filed by RKA Film Financing, LLC;

20. *Danone Waters of America, Inc. Objection to Assumption and Assignment of Executory Contract and Cure Amounts and Reservation of Rights* (Docket No. 511) replacing *Objection* at Docket No. 474 filed by Danone Waters of America Inc.;

21. *Walt Disney Pictures' Limited Response to Proposed Assumption and Assignment and Cure Amount* (Docket No. 513) filed by Walt Disney Pictures;

22. *Reply and Objections of IATM, LLC; Bandito Brothers, LLC; Bandito Films, Inc.; Scott Waugh; Mouse McCoy; Jay Pollak; Jacob Rosenberg; and Bret Anthony Johnston to the Debtors' Contract and Cure Schedule* (Docket No. 492) and related document (Docket No. 493) and *Objection*s of *IATM, LLC; Bandito Brothers, LLC; Bandito Films, Inc.; Scott Waugh; Mouse McCoy; Jay Pollak; Jacob Rosenberg; and Bret Anthony Johnston to Debtors' Motion for an Order Approving the Sale of Substantially All Assets and Granting Related Relief* (Docket No. 519) filed by IATM, LLC; Bandito Brothers, LLC; Bandito Films, Inc.; Scott Waugh; Mouse McCoy; Jay Pollak; Jacob Rosenberg; and Bret Anthony Johnston;

23. *Manchester Securities Corporation and Manchester Library Company LLC's Limited Supplemental Objection to the Debtors' Motion to Sell Substantially All of Its Assets* (Docket No. 521) and *Declaration of Matthew Erramouspe in Support Thereof* (Docket No. 522) filed by Manchester Securities Corporation and Manchester Library Company LLC **but only** to the extent the objection relates to assumption and assignment of contracts, potential cure costs, and/or adequate assurance of future performance;

24. *Limited Objection to Debtors' Motion for Entry of Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interest, and (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto* (Docket No. 524) filed by Technicolor, Inc.;

25. *Protective Objection and Reservation of Rights* (Docket No. 528) filed by Scripps Networks, LLC;

26. *Reservation of Rights of CIT Bank, N.A., As Agent, to Debtors' Motion for Order Approving the Sale of Substantially All of the Debtors' Assets and Granting Related Relief* (Docket No. 530) filed by CIT Bank, N.A.;

27. *Limited Objection and Reservation of Rights by CAPS, LLC to Assumption and Assignment of Executory Contract and Cure Amounts and Reservation of Rights* (Docket No. 531) and *Amended Limited Objection and Reservation of Rights by CAPS, LLC to Assumption and Assignment of Executory Contract and Cure Amounts and Reservation of Rights* (Docket No. 532) filed by CAPS, LLC;

28. *Objection to Debtors' (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale (Master Vendor Agreement Between mOcean LLC and RML Distribution Domestic, LLC) and (II) Associated Cure Costs* (Docket No. 545) filed by mOcean Pictures LLC;

29. *Objection to Debtors' (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Sale (Sponsorship Commitment Agreement Between MPTF Foundation and Relativity Media) and (II) Associated Cure Costs* (Docket No. 546) filed by MPTF Foundation and Motion Picture and Television Fund;

30. *Univision Networks & Studios, Inc. and TeleFutura Network's (I) Limited Objection to Entry of Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Certain Related Relief; and (II) Reservations of Rights* (Docket No. 556) filed by Univision Networks & Studios, Inc. and TeleFutura Network

31. *Objection of Verizon Corporate Services Group Inc. to Proposed Cure Amount in Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs* (Docket No. 559) filed by Verizon Corporate Services Group Inc.;

32. *Response of LAMF LLC to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Amounts* (Docket No. 564) filed by LAMF LLC d/b/a Los Angeles Media Fund;

33. *Objections of Mica Fund 1, L.P. to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Amounts* (Docket No. 565) filed by Mica Fund 1, L.P.;

34. *Reservation of Rights of Identical Production Company, LLC Relating to Proposed Assumption and Assignment of Its Contract* (Docket No. 566) filed by Identical Production Company, LLC;

35. *Objections of QNO, LLC to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Amounts* (Docket No. 567) filed by QNO, LLC;

36. *Rondor Music International, Inc.'s Reservation of Rights with Respect to Debtors' Motion for (I) An Order (A) Establishing Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse APA and Bidding Protections, and (C) Granting Certain Related Relief and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Certain Related Relief and Limited Objection to the Terms of the Proposed Sale* (Docket No. 568) filed by Rondor Music International, Inc.;

37. *Limited Objection and Reservation of Rights of Home Box Office, Inc. to: (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs* (Docket No. 571) filed by Home Box Office, Inc.;

38. *Reservation of Rights of Silver Reel Entertainment Mezzanine Fund, L.P. For Itself and on Behalf of Supersensory LLC., to Debtors' Motion for (I) An Order (A) Establishing Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse APA and Bidding Protections, and (C) Granting Certain Related Relief and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Certain Related Relief* (Docket No. 572) and *Declaration of Thomas Augsberger in Support Thereof* (Docket No. 575) filed by Silver Reel Entertainment Mezzanine Fund, L.P.;

39. *Objection of Viacom to Proposed Assumption and Assignment of Contracts Between the Debtors and Viacom and Its Affiliates and Limited Objection to Proposed Sale of Substantially All of the Debtors' Assets* (Docket No. 576) filed by Viacom International Inc.;

40. *Limited Objection and Reservation of Rights of NLP Ventures, LLC in Response to Debtors' Proposed Assumption and Assignment of Executory Contract in Connection with Sale* (Docket No. 578) filed by NLP Ventures, LLC;

41. *Objection of UniFi Completion Guaranty Insurance Solutions, Inc. as Agent and Attorney-in-Fact for Homeland Insurance Company of New York to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Amounts* (Docket No. 579) filed by UniFi Completion Guaranty Insurance Solutions, Inc. as agent and attorney-in-fact for Homeland Insurance Company of New York;

42. *Voltage Pictures, LLC's Objection to Debtors' (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale (Exclusive License Agreement Between Voltage Pictures, LLC and Don Jon Acquisition, LLC and RML Domestic Distribution, LLC) and (II) Associated Cure Costs* (Docket No. 580) filed by Voltage Pictures, LLC;

43. *Objection and Reservation of Rights of Edward R. Pressman Film Corporation and ERPFC Releasing, Inc. to Debtors' Proposed Assumption and Assignment of Contract (as Amended) Dated January 16, 2009 (the "Crow Contract")* (Docket No. 581) filed by Edward R. Pressman Film Corporation and ERPFC Releasing, Inc. (as agent for Crowvision, Inc.);

44. *Limited Objection of A&E Television Networks, LLC to Debtors' Proposed Assumption and Assignment of Executory Contracts* (Docket No. 586) filed by A&E Television Networks, LLC;

45. *Objection of Brett Ratner and Rat Entertainment, Inc. to Debtors' Motion to Sell Substantially All of Their Assets* (Docket No. 590) filed by Brett Ratner and Rat Entertainment, Inc.;

46. *Objection and Request for Adequate Assurance of Discovery Communications, LLC to (I) Proposed Sale and (II) Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith* (Docket No. 592) filed by Discovery Communications, LLC;

47. *Objection and Request for Adequate Assurance of Christie Digital Systems USA, Inc. to (I) Proposed Sale and (II) Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith* (Docket No. 593) filed by Christie Digital Systems USA, Inc.;

48. *Objection to Proposed Cure Amount and Reservation of Rights of Scrabble Ventures LLC* (Docket No. 594) filed by Scrabble Ventures LLC;

49. *Objection of Netflix to Assumption and Assignment of License Agreements Between the Debtors and Netflix and Limited Objection to Proposed Sale of Substantially All of the Debtors' Assets* (Docket No. 630; 651; 666) filed by Netflix, Inc.;

50. *Conditional Joinder/Opposition to Debtors' Motion for (I) An Order (A) Establishing Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse APA and Bidding Protections, and (C) Granting Certain Related Relief and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Certain Related Relief* (Docket No. 646) filed by Film Musicians Secondary Markets Fund;

51. *Objection and Reservation of Rights of Buck McDonald Productions, LLC to Debtors' Proposed Assumption and Assignment of Contract and to Debtors' Proposed Sale of Substantially All of Their Assets* (Docket No. 652) filed by Buck McDonald Productions, LLC;

52. *"Challenge", Objection to Approval of Sale, and Reservation of Rights Re Credit Bid Rights of Senior Lender RKA Film Financing, LLC* (Docket No. 662) filed by LAMF LLC d/b/a Los Angeles Media Fund;

53. *Universal Music Publishing Group's Reservation of Rights and Limited Objection to Proposed Cure Amounts with Respect to Debtors' Motion for (I) An Order (A) Establishing Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse APA and Bidding Protections, and (C) Granting Certain Related Relief and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Certain Related Relief and Limited Objection to the Terms of the Proposed Sale* (Docket No. 674) and *Declaration of David Kokakis in Support Thereof* (Docket No. 675) filed by Universal Music Publishing Group;

54. *Objection of EuropaCorp S.A. to the Debtors' Assumption and Assignment of Executory Contracts* (Docket No. 689) filed by EuropaCorp S.A.;

55. *Objection of EuropaCorp Films USA, Inc. to Debtors' (I) Sale Motion and (II) Notice of Assignment and Cure* (Docket No. 693) and related document (Docket No. 694) filed by EuropaCorp Films USA, Inc. **but only** to the extent the objection relates to assumption and assignment of contracts, potential cure costs, and/or adequate assurance of future performance;

56. *Limited Objection of Twentieth Century Fox Home Entertainment LLC and FX Networks to the Debtors' (I) Motion for (I) An Order (A) Establishing Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse APA and Bidding Protections, and (C) Granting Certain Related Relief and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Certain Related Relief and (II) Proposed Assumption and Assignment of Certain Executory Contracts* (Docket No. 695) filed by Twentieth Century Fox Home Entertainment LLC and FX Networks;

57. *Objection and Reservation of Rights of LMB Holdings Limited* (Docket No. 696) filed by LMB Holdings Limited;

58. *Limited Objection and Reservation of Rights of Boy of the Year, Inc. and Many Rivers Productions, Inc., to: Debtors' (A) Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale and (II) Associated Cure Costs, Agreements; and (B) Proposed Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests* (Docket No. 700) filed by Boy of the Year, Inc. and Many Rivers Productions, Inc.; and

59. *Objection and Reservation of Rights of Digital Cinema Implementation Partners LLC and Kasima, LLC to the Debtors' Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale and (II) Associated Cure Costs* (Docket No. 703) filed by Digital Cinema Implementation Partners, LLC and Kasima, LLC.

**PLEASE TAKE FURTHER NOTICE THAT** any written replies to the Adjourned Objections shall be filed by 4:00 p.m. (Eastern Time) on Friday, October 9, 2015.

**PLEASE TAKE FURTHER NOTICE THAT <u>all other objections</u>** to the Sale Motion, with the exception of the Adjourned Objections, **<u>are going forward</u>** and will be heard by the Court on **<u>October 5, 2015 at 10:00 a.m. (ET)</u>**.

**PLEASE TAKE FURTHER NOTICE THAT** the Auction (as defined in the Bid Procedures Order) to be held on October 1, 2015 **<u>only with respect to the sale of the Debtors' rights and interests in the following films</u>**: (a) "Disappointments Room," (b) "Masterminds," (c) "Kidnap" and (d) "Before I Wake (Somnia)" **<u>will be adjourned to a date yet to be determined</u>**, pursuant to the Court's *Amended Order (A) Establishing Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse APA and Bidding Protections, and (C) Granting Certain Related Relief* (the "**Bid Procedures Order**") (Docket No. 369), by the Debtors and in consultation with (a) the Official Committee of Unsecured Creditors, (b) Manchester Securities Corporation and Manchester Library Company LLC and (c) RKA Film Financing, LLC.

Dated: September 30, 2015

**JONES DAY**

By: */s/ Lori Sinanyan*

Richard L. Wynne, Esq.
Bennett L. Spiegel, Esq.
Lori Sinanyan, Esq. (admitted *pro hac vice*)
222 East 41st Street
New York, NY 10017
Tel: (212) 326-3939
Fax: (212) 755-7306
E-mail: rlwynne@jonesday.com
          blspiegel@jonesday.com
          lsinanyan@jonesday.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Craig A. Wolfe, Esq.
Malani J. Cademartori, Esq.
Blanka K. Wolfe, Esq.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 653-8700
Fax: (212) 653-8701
E-mail: cwolfe@sheppardmullin.com
          mcademartori@sheppardmullin.com
          bwolfe@sheppardmullin.com