**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Relativity Fashion, LLC, et al., | Case No. 15-11989 (MEW) |
| Debtor(s) | |

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED 9/29/2015, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.