UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RELATIVITY FASHION LLC, et al., | ) Case No. 15-11989 (MEW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Frank Cardona Hernandez declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 27th day of October, 2015, I caused a true and accurate copy of the "Application to Employ Drinker Biddle & Reath LLP as Special Counsel to the Official Committee of Unsecured Creditors", along with the relevant exhibit (Docket No. 924), to be served via electronic mail upon the parties as set forth in Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 2; and via First Class US Mail upon the parties as set forth in Exhibit 3, attached hereto.

4.     I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 27th day of October, 2015 at Brooklyn, New York.

By _____
    Frank Cardona Hernandez

Sworn before me this
27th day of October, 2015

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211178
COMM. EXP. September 14, 2017

.

# EXHIBIT 1

**Relativity Fashion, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 1 of 6                                                                                                                                     10/27/2015 07:32:52 PM

| | | | |
|---|---|---|---|
| 000199P001-1332S-168<br>AKERMAN LLP<br>ATTN: SUSAN F. BALASCHAK, ESQ.<br>666 FIFTH AVENUE, 20TH FL.<br>NEW YORK NY 10103<br>SUSAN.BALASCHAK@AKERMAN.COM | 000119P001-1332S-168<br>ALSTON & BIRD LLP<br>LEIB M. LEINER<br>333 SOUTH HOPE STREET<br>16TH FLOOR<br>LOS ANGELES CA 90071<br>LEIB.LERNER@ALSTON.COM | 000120P001-1332S-168<br>ALSTON & BIRD LLP<br>WILLIAM HAO<br>90 PARK AVENUE<br>NEW YORK NY 10016-1387<br>WILLIAM.HAO@ALSTON.COM | 000152P001-1332S-168<br>AMER. FED. OF MUSICIANS OF US & CAN<br>ATTN: JENNIFER PATRICE GARNER, ESQ.<br>1501 BROADWAY, SUITE 600<br>NEW YORK NY 10036<br>JGARNER@AFM.ORG |
| 000181P001-1332S-168<br>BALLARD SPAHR LLP<br>ATTN: MATTHEW G. SUMMERS, ESQ.<br>919 N. MARKET ST., 11TH FL.<br>WILMINGTON DE 19801<br>SUMMERSM@BALLARDSPAHR.COM | 000126P001-1332S-168<br>BALLARD SPAHR LLP<br>ATTN: BRENT WEISENBERG<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>WEISENBERGB@BALLARDSPAHR.COM | 000118P001-1332S-168<br>BMC GROUP, INC.<br>ATTN: T FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO CA 90245<br>ECFBK@BMCGROUP.COM | 000186P001-1332S-168<br>BRYAN CAVE LLP<br>ATTN: KERRY MOYNIHAN, ESQ.<br>120 BROADWAY, SUITE 300<br>SANTA MONICA CA 90401-2386<br>KERRY.MOYNIHAN@BRYANCAVE.COM |
| 000184P001-1332S-168<br>BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104<br>MICHELLE.MCMAHON@BRYANCAVE.COM | 000185P001-1332S-168<br>BRYAN CAVE LLP<br>ATTN: SHARON WEISS, ESQ.<br>120 BROADWAY, SUITE 300<br>SANTA MONICA CA 90401-2386<br>SHARON.WEISS@BRYANCAVE.COM | 000110P001-1332S-168<br>BUCHALTER NEMER<br>PAMELA K. WEBSTER<br>1000 WILSHIRE BLVD.<br>SUITE 1500<br>LOS ANGELES CA 90017<br>PWEBSTER@BUCHALTER.COM | 000109P001-1332S-168<br>BUSH GOTTLIEB<br>DAVID AHDOOT<br>500 NORTH CENTRAL AVENUE<br>SUITE 800<br>GLENDALE CA 90103<br>DAHDOOT@BUSHGOTTLIEB.COM |
| 000108P001-1332S-168<br>BUSH GOTTLIEB<br>JOSEPH A. KOHANSKI<br>500 NORTH CENTRAL AVENUE<br>SUITE 800<br>GLENDALE CA 90103<br>JKOHANSKI@BUSHGOTTLIEB.COM | 000161P001-1332S-168<br>CALLARI PARTNERS LLC<br>ATTN: DEANNA D. BOLL<br>ONE ROCKEFELLER PLAZA<br>10TH FLOOR<br>NEW YORK NY 10020<br>DBOLL@CALLARIPARTNERS.COM | 000107P001-1332S-168<br>COHEN, WEISS AND SIMON LLP<br>DAVID R. HOCK<br>330 WEST 42ND STREET<br>NEW YORK NY 10036<br>DHOCK@CWSNY.COM | 000177P001-1332S-168<br>DAVIS POLK & WARDWELL LLP<br>ATTN: TIMOTHY GRAULICH<br>450 LEXINGTON AVE.<br>NEW YORK NY 10017<br>TIMOTHY.GRAULICH@DAVISPOLK.COM |
| 000175P001-1332S-168<br>DAVIS WRIGHT TREMAINE LLP<br>ATTN: STEVEN G. POLARD<br>865 SOUTH FIGUEROA STREET<br>LOS ANGELES CA 90017-2566<br>STEVENPOLARD@DWT.COM | 000021P001-1332S-168<br>DECHERT LLP<br>JEFFREY M. KATZ<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6797<br>JEFFREY.KATZ@DECHERT.COM | 000022P001-1332S-168<br>DECHERT LLP<br>TODD A. MATRAS<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6797<br>TODD.MATRAS@DECHERT.COM | 000106P001-1332S-168<br>FAEGRE BAKER DANIELS LLP<br>GEORGE R. MESIRES<br>311 S. WACKER DRIVE<br>SUITE 4400<br>CHICAGO IL 60606<br>GEORGE.MESIRES@FAEGREBD.COM |
| 000028P001-1332S-168<br>GIBSON DUNN<br>CROMWELL MONTGOMERY<br>2029 CENTURY PARK EAST, SUITE 4000<br>LOS ANGELES CA 90067-3026<br>CMONTGOMERY@GIBSONDUNN.COM | 000114P001-1332S-168<br>GIBSON, DUNN & CRUTCHER LLP<br>DANIEL B. DENNY<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES CA 90071-3197<br>DDENNY@GIBSONDUNN.COM | 000116P001-1332S-168<br>GIBSON, DUNN & CRUTCHER LLP<br>J. ERIC WISE<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>EWISE@GIBSONDUNN.COM | 000115P001-1332S-168<br>GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL A. NEWMAN<br>333 SOUTH GRAND AVENUE<br>LOST ANGELES CA 90071-3197<br>SNEWMAN@GIBSONDUNN.COM |

# Relativity Fashion, LLC, et al.
## Electronic Mail
## Exhibit Pages

| 000117P001-1332S-168<br>GIBSON, DUNN & CRUTCHER LLP<br>SHIRA D. WEINER<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>SWEINER@GIBSONDUNN.COM | 000123P001-1332S-168<br>GIPSON HOFFMAN & PANCIONE<br>ATTN: JASON WALLACH, ESQ.<br>1901 AVENUE OF THE STARS<br>SUITE 1100<br>LOS ANGELES CA 90067<br>JWALLACH@GHPLAW.COM | 000136P001-1332S-168<br>GLICKFELD, FIELDS & JACOBSON LLP<br>ATTN: LAWRENCE M. JACOBSON, ESQ.<br>8383 WILSHIRE BLVD., SUITE 341<br>BEVERLY HILLS CA 90211<br>LMJ@GFJLAWFIRM.COM | 000142P001-1332S-168<br>GOLENBOCK EISEMAN ASSOR ET AL.<br>ATTN: MARC D. ROSENBERG, ESQ.<br>437 MADISON AVENUE<br>NEW YORK NY 10022<br>MROSENBERG@GOLENBOCK.COM |
|---|---|---|---|
| 000143P001-1332S-168<br>GOLENBOCK EISEMAN ASSOR ET AL.<br>ATTN: MICHAEL S. WEINSTEIN, ESQ<br>437 MADISON AVENUE<br>NEW YORK NY 10022<br>MWEINSTEIN@GOLENBOCK.COM | 000153P001-1332S-168<br>HAHN & HESSEN LLP<br>ATTN: JEFFREY L. SCHWARTZ, ESQ.<br>488 MADISON AVE.<br>NEW YORK NY 10022<br>JSCHWARTZ@HAHNHESSEN.COM | 000154P001-1332S-168<br>HAHN & HESSEN LLP<br>ATTN: ROSANNE T. MATZAT, ESQ.<br>488 MADISON AVE.<br>NEW YORK NY 10022<br>RMATZAT@HAHNHESSEN.COM | 000155P001-1332S-168<br>HAHN & HESSEN LLP<br>ATTN: SARAH M. GRYLL, ESQ.<br>488 MADISON AVE.<br>NEW YORK NY 10022<br>SGRYLL@HAHNHESSEN.COM |
| 000193P001-1332S-168<br>HALPERIN BATTAGLIA BENZIJA, LLP<br>ATTN: ALAN D. HALPERIN, ESQ.<br>40 WALL STREET, 37TH FL.<br>NEW YORK NY 10005<br>AHALPERIN@HALPERINLAW.NET | 000194P001-1332S-168<br>HALPERIN BATTAGLIA BENZIJA, LLP<br>ATTN: LIGEE GU, ESQ.<br>40 WALL STREET, 37TH FL.<br>NEW YORK NY 10005<br>LGU@HALPERINLAW.NET | 000173P001-1332S-168<br>HEMAR, ROUSSO & HEALD, LLP<br>ATTN: J. ALEXANDRA RHIM, ESQ.<br>15910 VENTURA BLVD., STE. 1201<br>ENCINO CA 91436<br>ARHIM@HRHLAW.COM | 000168P001-1332S-168<br>HOGAN LOVELLS US LLP<br>ATTN: CHRISTOPHER R. BRYANT, ESQ.<br>875 THIRD AVENUE<br>NEW YORK NEW YORK 10022<br>CHRISTOPHER.BRYANT@HOGANLOVELLS.COM |
| 000167P001-1332S-168<br>HOGAN LOVELLS US LLP<br>ATTN: RONALD J. SILVERMAN, ESQ<br>875 THIRD AVENUE<br>NEW YORK NEW YORK 10022<br>RONALD.SILVERMAN@HOGANLOVELLS.COM | 000200P001-1332S-168<br>JEFFER MANGELS BUTLER ET AL.<br>ATTN: DAVID M. POITRAS P.C.<br>1900 AVENUE OF THE STARS<br>SEVENTH FL.<br>LOS ANGELES CA 90067-4308<br>DPOITRAS@JMBM.COM | 000163P001-1332S-168<br>JEFFER MANGELS BUTLER ET AL.<br>ATTN: ROBERT B. KAPLAN, ESQ.<br>TWO EMBARCADERO CENTER, 5TH FL.<br>SAN FRANCISCO CA 94111-3824<br>RBK@JMBM.COM | 000101P001-1332S-168<br>JONES DAY<br>BENNETT L. SPIEGEL, ESQ.<br>222 EAST 41ST STREET<br>NEW YORK NY 10017<br>BLSPIEGEL@JONESDAY.COM |
| 000102P001-1332S-168<br>JONES DAY<br>LORI SINANYAN, ESQ.<br>222 EAST 41ST STREET<br>NEW YORK NY 10017<br>LSINANYAN@JONESDAY.COM | 000100P001-1332S-168<br>JONES DAY<br>RICHARD L. WYNNE, ESQ.<br>222 EAST 41ST STREET<br>NEW YORK NY 10017<br>RLWYNNE@JONESDAY.COM | 000170P001-1332S-168<br>JONES DAY<br>ATTN: SUSAN PERRY<br>555 SOUTH FLOWER ST.<br>LOS ANGELES CA 90071-2300<br>SJPERRY@JONESDAY.COM | 000159P001-1332S-168<br>KASOWITZ, BENSON, TORRES ET AL.<br>ATTN: ANDREW K. GLENN<br>1633 BROADWAY<br>NEW YORK NY 10019<br>AGLENN@KASOWITZ.COM |
| 000160P001-1332S-168<br>KASOWITZ, BENSON, TORRES ET AL.<br>ATTN: MATTHEW B. STEIN<br>1633 BROADWAY<br>NEW YORK NY 10019<br>MSTEIN@KASOWITZ.COM | 000026P001-1332S-168<br>KAYE SCHOLER LLP<br>DANIEL J. HARTNETT<br>THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON STREET, SUITE 4200<br>CHICAGO IL 60602-4231<br>DANIEL.HARTNETT@KAYESCHOLER.COM | 000041P004-1332S-168<br>KAYE SCHOLER LLP<br>SETH KLEINMAN<br>THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON ST., SUITE 4200<br>CHICAGO IL 60602<br>SETH.KLEINMAN@KAYESCHOLER.COM | 000132P001-1332S-168<br>KAYE SCHOLER LLP<br>ATTN: D. TYLER NURNBERG<br>THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON ST., SUITE 4200<br>CHICAGO IL 60602<br>TYLER.NURNBERG@KAYESCHOLER.COM |

# Relativity Fashion, LLC, et al.
## Electronic Mail
## Exhibit Pages

Page # : 3 of 6                                                                                                                                  10/27/2015 07:32:52 PM

| | | | |
|---|---|---|---|
| 000105P001-1332S-168<br>KELLEY DRYE & WARREN LLP<br>ERIC R. WILSON<br>101 PARK AVENUE<br>NEW YORK NY 10178<br>EWILSON@KELLEYDRYE.COM | 000105P001-1332S-168<br>KELLEY DRYE & WARREN LLP<br>ERIC R. WILSON<br>101 PARK AVENUE<br>NEW YORK NY 10178<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | 000104P001-1332S-168<br>KELLEY DRYE & WARREN LLP<br>JAMES S. CARR, ESQ.<br>101 PARK AVENUE<br>NEW YORK NY 10178<br>JCARR@KELLEYDRYE.COM | 000121P002-1332S-168<br>KIRKLAND & ELLIS LLP<br>JOSHUA A. SUSSBERG, P.C.<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>JOSHUA.SUSSBERG@KIRKLAND.COM |
| 000032P001-1332S-168<br>LATHAM & WATKINS LLP<br>BENJAMIN NAFTALIS<br>885 THIRD AVENUE<br>NEW YORK NY 10022-4834<br>BENJAMIN.NAFTALIS@LW.COM | 000031P001-1332S-168<br>LATHAM & WATKINS LLP<br>CHRISTOPHER J. CLARK<br>885 THIRD AVENUE<br>NEW YORK NY 10022-4834<br>CHRISTOPHER.CLARK2@LW.COM | 000094P001-1332S-168<br>LATHAM & WATKINS LLP<br>ATTN: DAVID S. HELLER, ESQ.<br>330 NORTH WABASH AVE., SUITE 2800<br>CHICAGO IL 60611<br>DAVID.HELLER@LW.COM | 000095P002-1332S-168<br>LATHAM & WATKINS LLP<br>ATTN: KEITH A. SIMON, ESQ.<br>885 THIRD AVENUE<br>NEW YORK NY 10022-4834<br>KEITH.SIMON@LW.COM |
| 000033P001-1332S-168<br>LATHAM & WATKINS LLP<br>MATTHEW S. SALERNO<br>885 THIRD AVENUE<br>NEW YORK NY 10022-4834<br>MATTHEW.SALERNO@LW.COM | 000029P001-1332S-168<br>LATHAM & WATKINS LLP<br>STACEY L. ROSENBERG<br>355 SOUTH GRAND AVENUE<br>LOS ANGELES CA 90071-1560<br>STACEY.ROSENBERG@LW.COM | 000195P001-1332S-168<br>LAW OFFICE OF MARTIN MUSHKIN, LLC<br>ATTN: MARTIN MUSHKIN, ESQ.<br>1100 SUMMER ST.<br>STAMFORD CT 06905<br>MMUSHKIN@MUSHKINLAW.COM | 000196P001-1332S-168<br>LAW OFFICE OF MARTIN MUSHKIN, LLC<br>ATTN: RONY GULDMANN ESQ.<br>1100 SUMMER ST.<br>STAMFORD CT 06905<br>RGULDMANN@MUSHKINLAW.COM |
| 000165P001-1332S-168<br>LECLAIRRYAN, A PROFESSIONAL CORP.<br>ATTN: JANICE B. GRUBIN<br>885 THIRD AVE., 16TH FL.<br>NEW YORK NY 10022<br>JANICE.GRUBIN@LECLAIRRYAN.COM | 000166P001-1332S-168<br>LECLAIRRYAN, A PROFESSIONAL CORP.<br>ATTN: ROBERT S. MCWHORTER<br>980 9TH ST., 16TH FL.<br>SACRAMENTO CA 95814<br>ROBERT.MCWHORTER@LECLAIRRYAN.COM | 000141P001-1332S-168<br>LOEB & LOEB LLP<br>ATTN: LANCE N. JURICH, ESQ.<br>10100 SANTA MONICA BLVD.<br>SUITE 2200<br>LOS ANGELES CA 90067<br>LJURICH@LOEB.COM | 000151P001-1332S-168<br>LOEB & LOEB LLP<br>ATTN: SUSAN ZUCKERMAN WILLIAMS, ESQ.<br>10100 SANTA MONICA BLVD.<br>SUITE 2200<br>LOS ANGELES CA 90067<br>SWILLIAMS@LOEB.COM |
| 000140P001-1332S-168<br>LOEB & LOEB LLP<br>ATTN: VADIM J. RUBINSTEIN, ESQ.<br>345 PARK AVENUE<br>NEW YORK NY 10154<br>VRUBINSTEIN@LOEB.COM | 000139P001-1332S-168<br>LOEB & LOEB LLP<br>ATTN: WALTER H. CURCHACK, ESQ.<br>345 PARK AVENUE<br>NEW YORK NY 10154<br>WCURCHACK@LOEB.COM | 000128P001-1332S-168<br>LOWENSTEIN SANDLER LLP<br>ATTN: KEARA WALDRON, ESQ.<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020<br>KWALDRON@LOWENSTEIN.COM | 000127P001-1332S-168<br>LOWENSTEIN SANDLER LLP<br>ATTN: MICHAEL S. ETKIN, ESQ.<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020<br>METKIN@LOWENSTEIN.COM |
| 000133P001-1332S-168<br>LUSKIN, STERN & EISLER LLP<br>ATTN: RICHARD STERN, ESQ.<br>ELEVEN TIMES SQUARE<br>8TH AVENUE & 41ST ST.<br>NEW YORK NY 10036<br>STERN@LSELLP.COM | 000124P001-1332S-168<br>MAYER BROWN LLP<br>ATTN: CRAIG E. REIMER, ESQ.<br>71 SOUTH WACKER DRIVE<br>CHICAGO IL 60606<br>CREIMER@MAYERBROWN.COM | 000125P001-1332S-168<br>MAYER BROWN LLP<br>ATTN: FREDERICK D. HYMAN, ESQ.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020<br>FHYMAN@MAYERBROWN.COM | 000156P001-1332S-168<br>MCNUTT LAW GROUP LLP<br>ATTN: SHANE J. MOSES<br>219 9TH ST.<br>SAN FRANCISCO CA 94103<br>SMOSES@ML-SF.COM |

## Relativity Fashion, LLC, et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000024P001-1332S-168<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ALBERT A. PISA<br>28 LIBERTY STREET<br>NEW YORK NY 10005-1413<br>APISA@MILBANK.COM | 000037P001-1332S-168<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>DENNIS C. O'DONNELL<br>28 LIBERTY STREET<br>NEW YORK NY 10005-1413<br>DODONNELL@MILBANK.COM | 000039P001-1332S-168<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>HAIG MAGHAKIAN, ESQ.<br>601 S. FIGUEROA STREET, 30TH FLOOR<br>LOS ANGELES CA 90017<br>HMAGHAKIAN@MILBANK.COM | 000040P001-1332S-168<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>JULIAN GURULE, ESQ.<br>601 S. FIGUEROA STREET, 30TH FLOOR<br>LOS ANGELES CA 90017<br>JGURULE@MILBANK.COM |
| 000025P001-1332S-168<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>MARK SHINDERMAN<br>601 S. FIGUEROA STREET, 30TH FLOOR<br>LOS ANGELES CA 90017<br>MSHINDERMAN@MILBANK.COM | 000096P001-1332S-168<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>ATTN: MATTHEW BROD<br>28 LIBERTY STREET<br>NEW YORK NY 10005<br>MBROD@MILBANK.COM | 000137P001-1332S-168<br>MINTZ, LEVIN, COHN ET AL.<br>ATTN: KAITLIN R. WALSH, ESQ.<br>666 THIRD AVENUE<br>NEW YORK NY 10017<br>KRWALSH@MINTZ.COM | 000164P001-1332S-168<br>MITOFSKY SHAPIRO NEVILLE & HAZEN<br>ATTN: S. GARY MOORLEY, ESQ.<br>152 MADISON AVE., THIRD FL.<br>NEW YORK NY 10016<br>GMOORLEY@MSNHLAW.COM |
| 000113P001-1332S-168<br>MORGAN, LEWIS & BOCKIUS LLP<br>AMELIA C. JOINER<br>ONE FEDERAL STREET<br>BOSTON MA 02110-1726<br>AMELIA.JOINER@MORGANLEWIS.COM | 000036P001-1332S-168<br>MORGAN, LEWIS & BOCKIUS LLP<br>EMMELINE S. LIU<br>101 PARK AVENUE<br>NEW YORK NY 10178-0060<br>ELIU@MORGANLEWIS.COM | 000111P001-1332S-168<br>MORGAN, LEWIS & BOCKIUS LLP<br>GLENN E. SIEGEL<br>101 PARK AVENUE<br>NEW YORK NY 10178-0600<br>GLENN.SIEGEL@MORGANLEWIS.COM | 000112P001-1332S-168<br>MORGAN, LEWIS & BOCKIUS LLP<br>JULIA FROST-DAVIES<br>ONE FEDERAL STREET<br>BOSTIN MA 02110-1726<br>JULIA.FROST-DAVIES@MORGANLEWIS.COM |
| 000035P001-1332S-168<br>MORGAN, LEWIS & BOCKIUS LLP<br>TERRENCE L. DUGAN<br>101 PARK AVENUE<br>NEW YORK NY 10178-0060<br>TDUGAN@MORGANLEWIS.COM | 000189P001-1332S-168<br>NLP VENTURES, LLC<br>ATTN: MARK FRENCH<br>228 TRENOR DRIVE<br>NEW ROCHELLE NY 10804<br>MFRENCH@NOLOOKPRODUCTIONS.COM | 000130P001-1332S-168<br>O'MELVENY & MYERS LLP<br>ATTN: DANIEL S. SHAMAH<br>7 TIMES SQUARE<br>NEW YORK NY 10036<br>DSHAMAH@OMM.COM | 000131P001-1332S-168<br>O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES<br>400 SOUTH HOPE ST.<br>LOS ANGELES CA 90071<br>EJONES@OMM.COM |
| 000034P001-1332S-168<br>O'MELVENY & MYERS LLP<br>MATTHEW ERRAMOUSPE<br>1999 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES CA 90067<br>MERRAMOUSPE@OMM.COM | 000201P002-1332S-168<br>PAUL HASTINGS, LLP<br>BRENDAN M. GAGE, ESQ.<br>71 SOUTH WACKER DRIVE, 45TH FLOOR<br>CHICAGO IL 60606<br>BRENDANGAGE@PAULHASTINGS.COM | 000169P002-1332S-168<br>PERLMAN & ASSOCIATES<br>ATTN: DANA M. PERLMAN<br>9454 WILSHIRE BLVD., SUITE 500<br>BEVERLY HILLS CA 90212<br>DPERLMAN@PERLMANLAW.COM | 000169P002-1332S-168<br>PERLMAN & ASSOCIATES<br>ATTN: DANA M. PERLMAN<br>9454 WILSHIRE BLVD., SUITE 500<br>BEVERLY HILLS CA 90212<br>MELISSA@PERLMANLAW.COM |
| 000197P001-1332S-168<br>PT PARKIT, SOUND SPACE, AND VIVA<br>ATTN: SUNIL TAPARIA, GROUP CFO<br>KOMPLEK PERKANTORAN ROXY MAS<br>JI K.H. HASYIM ASHIKAV<br>125 B. BLOK C 2 NO. 27-31<br>JAKARTA  10150<br>INDONESIA<br>SUNIL.TAPARIA@MVPWORLD.COM | 000180P001-1332S-168<br>RIDDELL WILLIAMS P.S.<br>ATTN: JOSEPH E. SHICKICH, JR.<br>1001 - 4TH AVENUE<br>SUITE 4500<br>SEATTLE WA 98154<br>JSHICKICH@RIDDELLWILLIAMS.COM | 000179P001-1332S-168<br>RIDDELL WILLIAMS P.S.<br>ATTN: TRAVIS D. DAILEY<br>1001 - 4TH AVENUE<br>SUITE 4500<br>SEATTLE WA 98154<br>TDAILEY@RIDDELLWILLIAMS.COM | 000027P001-1332S-168<br>SCHULTE ROTH & ZABEL LLP<br>MARC B. FRIESS<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>MARC.FRIESS@SRZ.COM |

# Relativity Fashion, LLC, et al.
## Electronic Mail
## Exhibit Pages

000097P001-1332S-168
SHEPPARD MULLIN RICHTER & HAMPTON LLP
CRAIG A. WOLFE, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK NY 10112
CWOLFE@SHEPPARDMULLIN.COM

000099P001-1332S-168
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
BLANKA K. WOLFE, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK NY 10112
BWOLFE@SHEPPARDMULLIN.COM

000098P001-1332S-168
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
MALANI J. CADEMARTORI, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK NY 10112
MCADEMARTORI@SHEPPARDMULLIN.COM

000192P001-1332S-168
SIDLEY AUSTIN LLP
ATTN: ANDREW P. PROPPS
787 SEVENTH AVENUE
NEW YORK NY 10019
APROPPS@SIDLEY.COM

000191P001-1332S-168
SIDLEY AUSTIN LLP
ATTN: ARIELLA THAL SIMONDS
555 W. FIFTH ST., SUITE 4000
LOS ANGELES CA 90013
ASIMONDS@SIDLEY.COM

000190P001-1332S-168
SIDLEY AUSTIN LLP
ATTN: JEFFREY E. BJORK
555 W. FIFTH ST., SUITE 4000
LOS ANGELES CA 90013
JBJORK@SIDLEY.COM

000149P001-1332S-168
SKADDEN, ARPS, SLATE ET AL.
ATTN: ANNIE Z. LI
300 SOUTH GRAND AVE.
SUITE 3400
LOS ANGELES CA 90071
ANNIE.LI@SKADDEN.COM

000150P001-1332S-168
SKADDEN, ARPS, SLATE ET AL.
ATTN: SHANA A. ELBERG
FOUR TIMES SQUARE
NEW YORK NY 10036
SHANA.ELBERG@SKADDEN.COM

000148P001-1332S-168
SKADDEN, ARPS, SLATE ET AL.
ATTN: VAN C. DURRER II
300 SOUTH GRAND AVE.
SUITE 3400
LOS ANGELES CA 90071
VAN.DURRER@SKADDEN.COM

000122P002-1332S-168
STRASBURGER & PRICE, LLP
STEPHEN A. ROBERTS
720 BRAZOS
SUITE 700
AUSTIN TX 78701
STEPHEN.ROBERTS@STRASBURGER.COM

000158P001-1332S-168
STROOCK & STROOCK & LAVAN LLP
ATTN: FRANK A. MEROLA
2029 CENTURY PARK EAST
LOS ANGELES CA 90067
FMEROLA@STROOCK.COM

000157P001-1332S-168
STROOCK & STROOCK & LAVAN LLP
ATTN: SCHUYLER M. MOORE
2029 CENTURY PARK EAST
LOS ANGELES CA 90067
SMOORE@STROOCK.COM

000162P001-1332S-168
THOMPSON & KNIGHT LLP
ATTN: MICHAEL V. BLUMENTHAL, ESQ.
900 THIRD AVENUE
NEW YORK NY 10022
MICHAEL.BLUMENTHAL@TKLAW.COM

000144P001-1332S-168
TOGUT, SEGAL & SEGAL LLP
ATTENTION: ALBERT TOGUT, ESQ.
ONE PENN PLAZA, SUITE 3335
NEW YORK NY 10119
ALTOGUT@TEAMTOGUT.COM

000145P001-1332S-168
TOGUT, SEGAL & SEGAL LLP
ATTN: FRANK A. OSWALD, ESQ.
ONE PENN PLAZA, SUITE 3335
NEW YORK NY 10119
FRANKOSWALD@TEAMTOGUT.COM

000146P001-1332S-168
TOGUT, SEGAL & SEGAL LLP
ATTN: NEIL BERGER, ESQ.
ONE PENN PLAZA, SUITE 3335
NEW YORK NY 10119
NEILBERGER@TEAMTOGUT.COM

000147P001-1332S-168
TOGUT, SEGAL & SEGAL LLP
ATTN: SCOTT E. RATNER, ESQ.
ONE PENN PLAZA, SUITE 3335
NEW YORK NY 10119
SERATNER@TEAMTOGUT.COM

000134P001-1332S-168
VIACOM INC.
ATTN: CHRISTA A. D'ALIMONTE, ESQ.
1515 BROADWAY
NEW YORK NY 10036
CHRISTA.DALIMONTE@VIACOM.COM

000135P001-1332S-168
VIACOM INC.
ATTN: SARAH HARP, ESQ.
1515 BROADWAY
NEW YORK NY 10036
SARAH.HARP@VIACOM.COM

000183P001-1332S-168
VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: JEFFREY W. BIESZCZAK, ESQ.
301 EAST FOURTH ST.
GREAT AMERICAN TOWER, SUITE 3500
CINCINNATI OH 45201
JWBIESZCZAK@VORYS.COM

000178P001-1332S-168
VORYS, SATER, SEYMOUR AND PEASE LLP
TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
P.O. BOX 1008
COLUMBUS OH 43216-1008
TSCOBB@VORYS.COM

000182P001-1332S-168
VORYS, STER, SEYMOUR AND PEASE LLP
ATTN: JEFFREY A. MARKS, ESQ.
301 EAST FOURTH STREET
GREAT AMERICAN TOWER, SUITE 3500
CINCINNATI OH 45201
JAMARKS@VORYS.COM

000174P001-1332S-168
WILK AUSLANDER LLP
ATTN: ANDREW P. LEDERMAN, ESQ.
1515 BROADWAY, 43RD FL.
NEW YORK NY 10036
ALEDERMAN@WILKAUSLANDER.COM

000187P001-1332S-168
WILLKIE FARR & GALLAGHER LLP
ALAN J. LIPKIN, ESQ.
ANDREW S. MORDKOFF, ESQ.
787 SEVENTH AVENUE
NEW YORK NY 10019
ALIPKIN@WILLKIE.COM

# Relativity Fashion, LLC, et al.
## Electronic Mail
### Exhibit Pages

| 000187P001-1332S-168 | 000188P001-1332S-168 | 000172P001-1332S-168 |
|---|---|---|
| WILLKIE FARR & GALLAGHER LLP | WOLLMUTH MAHER & DEUTSCH LLP | WYATT, TARRANT & COMBS, LLP |
| ALAN J. LIPKIN, ESQ. | ATTN: JOHN D. GIAMPOLO, ESQ. | MARY L. FULLINGTON |
| ANDREW S. MORDKOFF, ESQ. | 500 FIFTH AVENUE | 250 WEST MAIN STREET |
| 787 SEVENTH AVENUE | NEW YORK NY 10110 | SUITE 1600 |
| NEW YORK NY 10019 | JGIAMPOLO@WMD-LAW.COM | LEXINGTON KY 40507-1746 |
| AMORDKOFF@WILLKIE.COM | | LEXBANKRUPTCY@WYATTFIRM.COM |

Records Printed :          **123**

# EXHIBIT 2

# Relativity Fashion, LLC, et al.
## Exhibit Page

Page # : 1 of 1                                                                                                           10/27/2015  07:28:14 PM

| | | | |
|---|---|---|---|
| 000018P001-1332S-168<br>CALIFORNIA FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS:A-340<br>P.O. BOX 2952<br>SACRAMENTO CA 95812-2952 | 000005P001-1332S-168<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA PA 19114 | 000006P001-1332S-168<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000012P001-1332S-168<br>INTERNAL REVENUE SERVICE<br>MARIA I. VALERIO<br>INSOLVENCY GROUP 7 MGR.<br>290 BROADWAY<br>5TH FLOOR<br>NEW YORK NY 10007 |
| 000017P001-1332S-168<br>MICHIGAN DEPARTMENT OF TREASURY<br>TAX POLICY DIVISION<br>ATTN: LITIGATION LIAISON<br>430 WEST ALLEGAN STREET<br>2ND FLOOR, AUSTIN BUILDING<br>LANSING MI 48922 | 000004P001-1332S-168<br>NYC DEPT. OF FINANCE<br>ATTN: DEVORA COHN, LEGAL AFFAIRS<br>345 ADAMS STREET<br>3RD FLOOR<br>BROOKLYN NY 11201 | 000002P001-1332S-168<br>NYS DEPT. OF TAXATION & FINANCE<br>OFFICE OF COUNSEL<br>15 METROTECH CENTER<br>BROOKLYN NY 11201-3827 | 000001P001-1332S-168<br>NYS DEPT. TAXATION & FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>P.O. BOX 5300<br>ALBANY NY 12205-0300 |
| 000003P001-1332S-168<br>NYS UNEMPLOYMENT INSURANCE FUND<br>P.O. BOX 551<br>ALBANY NY 12201 | 000009P005-1332S-168<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: SERENE NAKANO<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET, SUITE 1006<br>NEW YORK NY 10014 | 000176P003-1332S-168<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: SUSAN GOLDEN<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET, SUITE 1006<br>NEW YORK NY 10014 | 000019P001-1332S-168<br>PARKING VIOLATIONS BUREAU<br>210 JORALEMON AVENUE<br>BROOKLYN NY 11201 |
| 000010P001-1332S-168<br>SECURITIES & EXCHANGE COMMISSION<br>JOHN MURRAY<br>NORTHEAST REGIONAL<br>THE WOOLWORTH BLDG.<br>233 BROADWAY<br>NEW YORK NY 10279 | 000011P001-1332S-168<br>SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281 | 000020P001-1332S-168<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE REGIONAL CHIEF COUNSEL<br>26 FEDERAL PLAZA<br>ROOM 3904<br>NEW YORK NY 10278 | 000016P001-1332S-168<br>U.S. DEPARTMENT OF EDUCATION<br>P.O. BOX 5609<br>GREENVILLE TX 75403-5609 |
| 000014P001-1332S-168<br>U.S. DEPT. OF HEALTH & HUMAN SERVICES<br>OFFICE OF THE GENERAL COUNSEL<br>26 FEDERAL PLAZA<br>ROOM 3908<br>NEW YORK NY 10278 | 000013P001-1332S-168<br>U.S. DEPT. OF HOUSING & URBAN DEV.<br>ATTN: JOHN CAHILL, ESQ.<br>26 FEDERAL PLAZA<br>ROOM 3500<br>NEW YORK NY 10278-0068 | 000015P001-1332S-168<br>U.S. ENVIRONMENTAL PROT. AGENCY<br>ATTN: ROBERT ROBERTS<br>1200 PENNSYLVANIA AVE, N.W.<br>MAIL CODE 2272A<br>WASHINGTON DC 20004-2004 | 000007P001-1332S-168<br>UNITED STATES ATTORNEY<br>CLAIMS UNIT<br>ONE ST. ANDREW'S PLAZA<br>ROOM 417<br>NEW YORK NY 10007 |
| 000008P001-1332S-168<br>UNITED STATES ATTORNEY<br>ATTN: TAX & BANKRUPTCY UNIT<br>86 CHAMBERS STREET<br>3RD FLOOR<br>NEW YORK NY 10007 | 000129P001-1332S-168<br>VINE FILM FINANCE FUND II LP<br>1501 BROADWAY<br>SUITE 1400<br>NEW YORK NY 10036 | | |

Records Printed :        22